## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1170-UNA <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DECLARATION OF MAILING**

I, Benjamin A. Smyth, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in this action.

2. Defendant Acer America Corporation is an entity whose registered agent is CT Corporation System, 818 W. 7th St., Ste. 930, Los Angeles, CA 90017.

3. On December 18, 2015, true and correct copies of the Summons, Complaint and related documents were sent by Federal Express overnight delivery pursuant to 10 *Del. C.* § 3104 to Acer America Corporation, c/o CT Corporation System 818 W. 7th St., Ste. 930, Los Angeles, CA 90017. *See* Exhibit A.

4. On December 22, 2015 McCarter & English, LLP received notification that Acer America, Corporation received said documents on December 21, 2015. *See* Exhibit B.

ME1 21706688v.1

```
```

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: December 22, 2015 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| | |
| OF COUNSEL: | *Attorneys for Plaintiffs* |
| | |
| Michael P. Sandonato | |
| John D. Carlin | |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| (212) 218-2100 | |
| msandonato@fchs.com | |
| jcarlin@fchs.com | |