IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1170 (GMS) |
| | ) | |
| ACER INC. and | ) | |
| ACER AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time for Defendants Acer Inc. and Acer America Corporation to answer, move or

otherwise respond to the Complaint for Patent Infringement (D.I. 1) shall be extended to and

including March 8, 2016.  The reason for this request is to provide additional time for

Defendants to review the allegations in the Complaint and prepare a response.

MCCARTER & ENGLISH LLP                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel M. Silver*                          */s/ Rodger D. Smith II*
_____                 _____
Michael P. Kelly (#2295)                        Rodger D. Smith II (#3778)
Daniel M. Silver (#4758)                        Eleanor G. Tennyson (#5812)
Benjamin A. Smyth (#5528)                       1201 North Market Street
Renaissance Centre                              P.O. Box 1347
405 North King Street, 8th Floor                Wilmington, DE 19899
Wilmington, Delaware 19801                      (302) 658-9200
(302) 984-6300                                  rsmith@mnat.com
mkelly@mccarter.com                             etennyson@mnat.com
dsilver@mccarter.com
bsmyth@mccarter.com                             *Attorneys for Defendants*

*Attorneys for Plaintiffs*

SO ORDERED this ___ day of January 2016.

_____
UNITED STATES DISTRICT JUDGE