IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1170 (GMS)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ACER INC. and ACER AMERICA CORPORATION hereby disclose that Acer Inc. is the parent corporation to Acer America Corporation.  Acer Inc. is a publicly traded company in Taiwan, R.O.C. that is the parent corporation and owns 100% of the shares of Boardwalk Capital Holdings Limited, a British Virgin Islands Company.  Boardwalk Capital Holdings is the parent company and owns 100% of the shares of Acer American Holdings Corporation, a Delaware corporation.  Acer American Holdings Corporation is the parent corporation and owns 100% of the shares of Gateway, Inc., a Delaware corporation.  Gateway, Inc. owns more than 10% of the shares of Acer America Corporation.  There is no entity or publicly held corporation owning 10% or more of Acer Inc.'s stock.

-2-

OF COUNSEL:

Michael J. Newton
Derek Neilson
Michael Lee
ALSTON & BIRD LLP
2828 North Harwood Street, 18th Floor
Dallas, TX  75201-2139
(214) 922-3400

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
(404) 881-7000

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
(650) 838-2000

Ross R. Barton
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

March 8, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com
  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 8, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*

　　　　　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)