IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC. and <br> ACER AMERICA CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 15-1170 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Kai Tseng and Hsiang ("James") H. Lin, of TECHKNOWLEDGE LAW GROUP LLP, 100 Marine Parkway, Suite 200, Redwood Shores, CA 94065, to represent Defendants Acer Inc. and Acer America Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

March 23, 2016

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kai Tseng and Hsiang ("James") H. Lin is granted.

Dated: _____  _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 23, 2016

Kai Tseng
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200
ktseng@tklg-llp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 23, 2016

Hsiang ("James") H. Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200
jlin@tklg-llp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)