IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15-1170 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION'S NOTICE OF JOINDER IN HTC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendants Acer Inc. and Acer America Corporation (collectively, "Acer") hereby join in HTC Corp. and HTC America, Inc.'s (collectively, "HTC") Reply in Support of Motion to Dismiss for Failure to State a Claim filed concurrently in *Koninklijke Philips N.V. and U.S. Philips Corporation v. HTC Corp. and HTC America, Inc.,* C.A. No. 15-1126-GMS ("HTC Action"). ACER fully incorporates by reference the arguments set forth in HTC's Reply Brief in support of its Motion to Dismiss ("HTC's Reply Brief"), filed in the HTC Action at D.I. 28.

Philips's First Amended Complaint ("FAC") against Acer (D.I. 20) makes essentially the same infringement allegations as Philips's FAC against HTC (HTC Action D.I. 16), subject to certain differences, including in asserted claims and accused products, which were highlighted in Acer's Opening Brief in support of its Motion to Dismiss for Failure to State a Claim. Because those differences are not consequential to applying the Court's decision on Acer's motion to dismiss and Philips' Opposition (D.I. 31) does not focus on those differences, this joinder will not repeat the arguments in HTC's Reply Brief. Thus, the Court should dismiss the FAC for the same reasons set forth in Acer's opening brief and in HTC's Reply Brief.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Michael J. Newton<br>Derek Neilson<br>Sang (Michael) Lee<br>ALSTON & BIRD LLP<br>2828 North Harwood Street, 18th Floor<br>Dallas, TX  75201-2139<br>(214) 922-3400 | */s/ Rodger D. Smith II*<br><br>Rodger D. Smith II (#3778)<br>Eleanor G. Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>etennyson@mnat.com<br><br>*Attorneys for Defendants* |
| Patrick J. Flinn<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA  30309-3424<br>(404) 881-7000 | |
| Xavier M. Brandwajn<br>ALSTON & BIRD LLP<br>1950 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>(650) 838-2000 | |
| Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC  28280-4000<br>(704) 444-1000 | |
| Matthew Warren<br>Patrick Shields<br>Brian Wikner<br>Erika Mayo<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, CA  94114<br>(415) 895-2940 | |
| Kai Tseng<br>Hsiang ("James") H. Lin<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA  94065<br>(650) 517-5200 | |

June 16, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 16, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)