**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1125-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1126-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| HTC CORP., HTC AMERICA, | ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1127-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VISUAL LAND, INC., | ) ) | |
| Defendant. | ) ) | |

ME1 23221183v.1

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1128-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| SOUTHERN TELECOM, INC., | ) ) ) | |
| Defendant. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1130-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD. | ) ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1131-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC. | ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) |  |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1170-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| ACER INC., <br> ACER AMERICA CORPORATION, | ) <br> ) <br> ) <br> ) |  |
| Defendants. | ) <br> ) |  |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE ACER DEFENDANTS**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE ACER DEFENDANTS' ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

### VIA EMAIL

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Acer, Inc., and*
*Acer America Corporation*

3

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE VISUAL LAND DEFENDANT**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE VISUAL LAND DEFENDANT'S ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

>Adam W. Poff
>Anne Shea Gaza
>Samantha G. Wilson
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>Rodney Square
>1000 North King Street
>Wilmington, DE 19801
>(302) 571-6600
>*apoff@ycst.com*
>*agaza@ycst.com*
>*swilson@ycst.com*
>
>*Attorneys for Defendant Visual Land, Inc.*

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE HTC DEFENDANTS**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE HTC DEFENDANTS' ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

> John W. Shaw
> Karen E. Keller
> Andrew E. Russell
> SHAW KELLER LLP
> 300 Delaware Avenue, Suite 1120
> Wilmington, DE 19801
> (302) 298-0700
> *jshaw@shawkeller.com*
> *kkeller@shawkeller.com*
> *arussell@shawkeller.com*
>
> John Schnurer
> Kevin Patariu
> Ryan Hawkins
> Louise Lu
> Vinay Sathe
> PERKINS COIE LLP
> 11988 El Camino Real, Suite 350
> San Diego, CA 92130
> (858) 720-5700
>
> Ryan McBrayer
> Jonathan Putman
> PERKINS COIE LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA 98101
> (206) 359-8000
>
> *Attorneys for Defendants*
> *HTC Corp. and HTC America, Inc.*

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE SOUTHERN TELECOM DEFENDANT**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE SOUTHERN TELECOM DEFENDANT'S ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

> Karen L. Pascale
> Robert M. Vrana
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801
> (302) 571-6600
> *kpascale@ycst.com*
> *rvrana@ycst.com*
>
> P. Andrew Blatt
> WOOD HERRON & EVANS LLP
> 2700 Carew Tower
> Cincinnati, OH 45202
> (513) 241-2324
> *dblatt@whe-law.com*
>
> *Attorneys for Defendant*
> *Southern Telecom, Inc.*

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE DOUBLE POWER DEFENDANTS**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE DOUBLE POWER DEFENDANTS' ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

> Karen Jacobs
> Mirco J. Haag
> MORRIS, NICHOLS, ARCHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> *kjacobs@mnat.com*
> *mhaag@mnat.com*
>
> Bryan G. Harrison
> LOCKE LORD LLP
> Terminus 200
> 3333 Piedmont Road NE, Suite 1200
> Atlanta, GA 30305
> (404) 870-4629
>
> *Attorney for Defendants*
> *Double Power Technology, Inc.,*
> *Zowee Marketing Co., Ltd. and*
> *Shenzen Zowee Technology Co., Ltd.*

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE YIFANG DEFENDANT**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE YIFANG DEFENDANT' S ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

> John W. Shaw
> Karen E. Keller
> Andrew E. Russell
> SHAW KELLER LLP
> 300 Delaware Avenue, Suite 1120
> Wilmington, DE 19801
> (302) 298-0700
> *jshaw@shawkeller.com*
> *kkeller@shawkeller.com*
> *arussell@shawkeller.com*
>
> Lucian C. Chen
> Wing K. Chiu
> LUCIAN C. CHEN, ESQ. PLLC
> One Grand Central Place
> 40 East 42nd Street, Suite 4600
> New York, NY 10165
> (212) 710-3007
>
> *Attorneys for Defendant*
> *Yifang USA, Inc. D/B/A E-Fun Inc.*

The undersigned counsel hereby certifies that true and correct copies of (1) **PLAINTIFFS' INITIAL INFRINGEMENT CONTENTIONS AGAINST THE ASUS DEFENDANTS**, and (2) **PLAINTIFFS' FIRST AMENDED IDENTIFICATION OF THE ASUS DEFENDANTS' ACCUSED PRODUCTS**, were caused to be served on August 26, 2016 on the following counsel in manner indicated:

>Rodger D. Smith II
>Eleanor G. Tennyson
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>*rsmith@mnat.com*
>*etennyson@mnat.com*
>
>Michael J. Newton
>Derek Neilson
>Sang (Michael) Lee
>ALSTON & BIRD LLP
>2828 N. Harwood Street, Suite 1800
>Dallas, TX 75201-2139
>
>Patrick J. Flinn
>ALSTON & BIRD LLP
>1201 West Peachtree Street, Suite 4900
>Atlanta, GA 30309-3424
>
>Xavier M. Brandwajn
>ALSTON & BIRD LLP
>1950 University Avenue, 5th Floor
>East Palo Alto, CA 94303
>
>Ross R. Barton
>ALSTON & BIRD LLP
>101 South Tyron Street, Suite 4000
>Charlotte, NC 28280-4000
>(704) 444-1000
>
>*Attorneys for Defendants*
>*Asustek Computer Inc. and*
>*Asus Computer International*

| | |
|---|---|
| DATED: August 29, 2016 | MCCARTER & ENGLISH, LLP |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | *bsmyth@mccarter.com* |
| | |
| | *Attorneys for Plaintiffs* |
| OF COUNSEL: | |
| Michael P. Sandonato | |
| John D. Carlin | |
| Daniel A. Apgar | |
| Jonathan M. Sharret | |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| *msandonato@fchs.com* | |
| *jcarlin@fchs.com* | |
| *dapgar@fchs.com* | |
| *jsharret@fchs.com* | |