**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**RODGER D. SMITH II**
(302) 351-9205
(302) 498-6209 FAX
rsmith@mnat.com

September 6, 2016

The Honorable Gregory M. Sleet                                                         *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801


Re:   *Koninklijke Philips N.V., et al. v. Asustek,* C.A. No. 15-1125 GMS;
      *Koninklijke Philips N.V., et al. v. HTC,* C.A. No. 15-1126 GMS;
      *Koninklijke Philips N.V., et al. v. Visual Land, Inc.,* C.A. No. 15-1127 GMS;
      *Koninklijke Philips N.V., et al. v. Southern Telecom, Inc.,* C.A. No. 15-1128 GMS;
      *Koninklijke Philips N.V., et al. v. Double Power,* C.A. No. 15-1130 GMS;
      *Koninklijke Philips N.V., et al. v. Yifang,* C.A. No. 15-1131 GMS;
      *Koninklijke Philips N.V., et al. v. Acer Inc., et al.,* C.A. No. 15-1170 GMS;

Dear Judge Sleet:

    Although there are a number of scheduling disputes set forth in the Joint Status Report and Proposed Scheduling Order submitted in these actions, the parties are pleased to report that they have continued to meet and confer and have been able to reach agreement on all scheduling issues, except for two items:

    (1)   Whether reply expert reports should be permitted; and

    (2)   Whether there should be dates post-*Markman* for narrowing the number of claims asserted by plaintiff and the number of prior art references relied upon by defendants.

The parties look forward to discussing these two issues with the Court at this afternoon's Rule 16 Scheduling Conference.  In addition, the Joint Status Report sets forth two areas of disagreement between the parties with respect to discovery limits – disputes regarding the number of deposition hours and the number of interrogatories – which the parties will be prepared to discuss at this afternoon's Rule 16 Conference, if the Court would like to hear argument on those issues.

The Honorable Gregory M. Sleet
September 6, 2016
Page 2

                                              Respectfully,

                                              */s/ Rodger D. Smith II*

                                              Rodger D. Smith II

RDS/rah
cc:    Clerk of Court (via hand delivery)
        All Counsel of Record (via electronic mail)