ORAL ORDER: On or before October 6, 2016, each party or each party group shall email to Chief Magistrate Judge Thynge, with a copy to her Judicial Administrator, Cathleen Kennedy, the information requested in the attached Order. Ordered by Judge Thynge on 9/15/16.