IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>        Defendant. | C.A. No. 15-1125 (GMS) |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>HTC CORP.,<br>HTC AMERICA,<br><br>        Defendants. | C.A. No. 15-1126 (GMS) |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>VISUAL LAND, INC.<br><br>        Defendants. | C.A. No. 15-1127 (GMS) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>SOUTHERN TELECOM, INC.,<br><br>        Defendant. | C.A. No. 15-1128 (GMS) |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>        Defendants. | C.A. No. 15-1130 (GMS) |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>        Defendant. | C.A. No. 15-1131 (GMS) |

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 15-1170 (GMS) |
| ACER INC.,<br>ACER AMERICA CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the Parties to submit an ESI Protocol shall be extended through and including September 23, 2016, to allow the parties additional time to negotiate an ESI Protocol.

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100
 Attorneys for Plaintiffs

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

*Attorneys for Defendants Acer, Inc., Acer
America Corporation, ASUSTeK Coumputer
Inc. and ASUS Computer International*

YOUNG CONAWAY STARGATT & TAYLOR, LLP     SHAW KELLER LLP

*/s/ Samantha G. Wilson*                 */s/ Karen E. Keller*
Adam W. Poff (#3990)                     John W. Shaw (# 3362)
Anne Shea Gaza (#4093)                   Karen E. Keller (# 4489)
Samantha G. Wilson (# 5816)              Andrew E. Russell (# 5382)
Rodney Square                            300 Delaware Avenue, Suite 1120
1000 North King Street                   Wilmington, DE  19801
Wilmington, DE  19801                    (302) 298-0700
(302) 571-6600                           *jshaw@shawkeller.com*
*apoff@ycst.com*                         *kkeller@shawkeller.com*
*agaza@ycst.com*                         *arussell@shawkeller.com*
*swilson@ycst.com*

*Attorneys for Defendant*                John Schnurer
*Visual Land, Inc.*                      Kevin Patariu
                                         Ryan Hawkins
                                         Louise Lu
                                         Vinay Sathe
                                         PERKINS COIE LLP
                                         11988 El Camino Real, Suite 350
                                         San Diego, CA 92130
                                         (858) 720-5700

4

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH  45202
(513) 241-2324

*Attorneys for Defendant*
*Southern Telecom, Inc.*

SHAW KELLER LLP

*/s/ Karen E. Keller*

John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mirco J. Haag*

Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA  30305
(404) 870-4629

*Attorneys for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY  10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

September 16, 2016


      SO ORDERED this _____ day of _____, 2016.


                      _____
                      UNITED STATES DISTRICT JUDGE