IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1170 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' First Set of Common Interrogatories to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (Nos. 1-2)* were caused to be served on September 22, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Michael J. Newton<br>Derek Neilson<br>Sang (Michael) Lee<br>ALSTON & BIRD LLP<br>2828 North Harwood Street, 18th Floor<br>Dallas, TX  75201-2139<br>(214) 922-3400 | */s/ Rodger D. Smith II*<br><br>Rodger D. Smith II (#3778)<br>Eleanor G. Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>etennyson@mnat.com |
| Patrick J. Flinn<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA  30309-3424<br>(404) 881-7000 | *Attorneys for Defendants* |

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
(650) 838-2000

Ross R. Barton
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

September 23, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)