IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1125 (GMS) |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendant. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1126 (GMS) |
| HTC CORP., HTC AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1127 (GMS) |
| v. | ) ) ) | |
| VISUAL LAND, INC. | ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN TELECOM, INC., <br><br> Defendant. | C.A. No. 15-1128 (GMS) |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 15-1130 (GMS) |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br> Defendant. | C.A. No. 15-1131 (GMS) |

2

| | )  |
|---|---|
| KONINKLIJKE PHILIPS N.V., | ) |
| U.S. PHILIPS CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 15-1170 (GMS) |
| | ) |
| ACER INC., | ) |
| ACER AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the Parties to submit an ESI Protocol shall be extended through and including September 30, 2016, to allow the parties additional time to negotiate an ESI Protocol.

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100
  *Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424

<div style="margin-left:50%">

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Coumputer Inc. and ASUS Computer International*

</div>

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Samantha G. Wilson* | */s/ Karen E. Keller* |
| Adam W. Poff (#3990) | John W. Shaw (# 3362) |
| Anne Shea Gaza (#4093) | Karen E. Keller (# 4489) |
| Samantha G. Wilson (# 5816) | Andrew E. Russell (# 5382) |
| Rodney Square | 300 Delaware Avenue, Suite 1120 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | *jshaw@shawkeller.com* |
| *apoff@ycst.com* | *kkeller@shawkeller.com* |
| *agaza@ycst.com* | *arussell@shawkeller.com* |
| *swilson@ycst.com* | |
| | John Schnurer |
| *Attorneys for Defendant* | Kevin Patariu |
| *Visual Land, Inc.* | Ryan Hawkins |
| | Louise Lu |
| | Vinay Sathe |
| | PERKINS COIE LLP |
| | 11988 El Camino Real, Suite 350 |
| | San Diego, CA 92130 |
| | (858) 720-5700 |

4

        Ryan McBrayer
        Jonathan Putman
        PERKINS COIE LLP
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101
        (206) 359-8000

        *Attorneys for Defendants*
        *HTC Corp. and HTC America, Inc.*

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Karen Jacobs (#2881) |
| Robert M. Vrana (#5666) | Mirco J. Haag (#6165) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| kpascale@ycst.com | kjacobs@mnat.com |
| rvrana@ycst.com | mhaag@mnat.com |
| | |
| P. Andrew Blatt | Bryan G. Harrison |
| WOOD HERRON & EVANS LLP | LOCKE LORD LLP |
| 2700 Carew Tower | Terminus 200 |
| Cincinnati, OH 45202 | 3333 Piedmont Road NE, Suite 1200 |
| (513) 241-2324 | Atlanta, GA 30305 |
| | (404) 870-4629 |
| *Attorneys for Defendant* | |
| *Southern Telecom, Inc.* | *Attorneys for Defendants* |
| | *Double Power Technology, Inc.,* |
| | *Zowee Marketing Co., Ltd. and* |
| | *Shenzen Zowee Technology Co., Ltd.* |

SHAW KELLER LLP

*/s/ Karen E. Keller*
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

5

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY  10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

September 23, 2016

    SO ORDERED this _____ day of _____, 2016.

                                                 _____
                                               UNITED STATES DISTRICT JUDGE