IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1125 (GMS) |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1126 (GMS) |
| HTC CORP. and HTC AMERICA, | ) ) ) | |
| Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1127 (GMS) |
| VISUAL LAND, INC. | ) ) ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1128 (GMS) |
| SOUTHERN TELECOM, INC., | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1130 (GMS) |
| DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD. and <br> SHENZEN ZOWEE TECHNOLOGY CO., <br> LTD., | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1131 (GMS) |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) <br> ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1170 (GMS) |
| ACER INC. and <br> ACER AMERICA CORPORATION, | ) <br> ) <br> ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the Parties to submit an ESI Protocol shall be extended through and including October 7, 2016, to allow the parties additional time to negotiate an ESI Protocol.

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
_____
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Coumputer Inc. and ASUS Computer International*

3

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Samantha G. Wilson* | */s/ Karen E. Keller* |
| Adam W. Poff (#3990) | John W. Shaw (#3362) |
| Anne Shea Gaza (#4093) | Karen E. Keller (#4489) |
| Samantha G. Wilson (#5816) | Andrew E. Russell (#5382) |
| Rodney Square | 300 Delaware Avenue, Suite 1120 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | jshaw@shawkeller.com |
| apoff@ycst.com | kkeller@shawkeller.com |
| agaza@ycst.com | arussell@shawkeller.com |
| swilson@ycst.com | |
| | John Schnurer |
| *Attorneys for Defendant Visual Land, Inc.* | Kevin Patariu |
| | Ryan Hawkins |
| | Louise Lu |
| | Vinay Sathe |
| | PERKINS COIE LLP |
| | 11988 El Camino Real, Suite 350 |
| | San Diego, CA 92130 |
| | (858) 720-5700 |
| | |
| | Ryan McBrayer |
| | Jonathan Putman |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | (206) 359-8000 |
| | |
| | *Attorneys for Defendants HTC Corp. And HTC America, Inc.* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903) | Karen Jacobs (#2881) |
| Robert M. Vrana (#5666) | Mirco J. Haag (#6165) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| kpascale@ycst.com | kjacobs@mnat.com |
| rvrana@ycst.com | mhaag@mnat.com |

4

| | |
|---|---|
| P. Andrew Blatt<br>WOOD HERRON & EVANS LLP<br>2700 Carew Tower<br>Cincinnati, OH  45202<br>(513) 241-2324<br><br>*Attorneys for Defendant*<br>*Southern Telecom, Inc.* | Bryan G. Harrison<br>LOCKE LORD LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 1200<br>Atlanta, GA  30305<br>(404) 870-4629<br><br>*Attorneys for Defendants*<br>*Double Power Technology, Inc.,*<br>*Zowee Marketing Co., Ltd. and*<br>*Shenzen Zowee Technology Co., Ltd.* |

SHAW KELLER LLP

*/s/ Karen E. Keller*
_____
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY  10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

September 30, 2016


SO ORDERED this _____ day of _____, 2016.


_____
UNITED STATES DISTRICT JUDGE

5