IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>ASUSTeK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants. | C.A. No. 15-1125 (GMS) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>        Defendants. | C.A. No. 15-1170 (GMS) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' Production Under ¶ 4(d) of the Court's Default Standard for Discovery, Including Initial Invalidity Contentions and Documents Bearing Bates Numbers PRIORART000001 Through PRIORART029667* were caused to be served on September 30, 2016, upon the following in the manner indicated:

Michael P. Kelly, Esquire                                                                          *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Michael P. Sandonato, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
John D. Carlin, Esquire
Daniel A. Apgar, Esquire
Jonathan M. Sharret, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)
　　　　　　　　　　　　　　　　　　　　　　　Eleanor G. Tennyson (#5812)
　　　　　　　　　　　　　　　　　　　　　　　1201 North Market Street
OF COUNSEL:　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
Michael J. Newton　　　　　　　　　　　　　　(302) 658-9200
Derek Neilson　　　　　　　　　　　　　　　　rsmith@mnat.com
Sang (Michael) Lee　　　　　　　　　　　　　etennyson@mnat.com
ALSTON & BIRD LLP
2828 North Harwood Street, 18th Floor　　　　　*Attorneys for Defendants*
Dallas, TX  75201-2139
(214) 922-3400

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
(404) 881-7000

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
(650) 838-2000

Ross R. Barton
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

October 4, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 4, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)