

October 12, 2016

**VIA CM/ECF & HAND DELIVERY**

The Honorable Gregory M. Sleet
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

    **RE:** *Koninklijke Philips N.V. v. ASUSTEK Computer Inc.*, **C.A. No. 15-1125-GMS;**
*Koninklijke Philips N.V. v. HTC Corp.*, **C.A. No. 15-1126-GMS;**
*Koninklijke Philips N.V. v. Visual Land, Inc.*, **C.A. No. 15-1127-GMS;**
*Koninklijke Philips N.V. v. Southern Telecom*, **C.A. No. 15-1128-GMS;**
*Koninklijke Philips N.V. v. Double Power Technology, Inc.*, **C.A. No. 15-1130-GMS;**
*Koninklijke Philips N.V. v. YiFang USA, Inc. d/b/a E-Fun, Inc.*, **C.A. No. 15-1131-GMS; and**
*Koninklijke Philips N.V. v. Acer Inc.*, **C.A. No. 15-1170-GMS**

Dear Judge Sleet,

    In anticipation of the conference scheduled for Thursday, October 20th at 2 PM EDT, in the above-referenced related matters, the parties jointly submit this letter agenda, pursuant to paragraph 5(a) of the Scheduling Order (e.g., D.I. 45 in 15-1125) to apprise the Court of the disputed issues precluding the parties from entering into a stipulated Protective Order:

- Whether Philips' Internal Representatives who engage in licensing activities should be given access to defendants' "Confidential" business information.

- With regard to the "patent prosecution bar,"

  - Whether the prosecution bar should apply to defendants and their counsel.

  - Whether the prosecution bar should apply to all prosecution activities, including without limitation reexaminations, *inter partes* review, etc., or only to pre-issuance prosecution activities.

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 23499007v.1

The Honorable Gregory M. Sleet
October 12, 2016
Page 2

      Counsel are available at the Court's convenience should Your Honor have any questions in advance of the October 20, 2016 conference.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:    Counsel of record (via CM/ECF & electronic mail)