## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | ) | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>VISUAL LAND, INC.,<br><br>Defendant. | ) | C.A. No. 15-1127-GMS |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | ) | |

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

        v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD.,
SHENZEN ZOWEE TECHNOLOGY CO.,
LTD.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 15-1130-GMS

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

        v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

        v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 15-1131-GMS

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

        v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br>      v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-1170-GMS |
| MICROSOFT CORPORATION,<br><br>          Intervenor-Plaintiff,<br>      v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>          Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that on the 7th day of November, 2016, **INTERVENOR**

**MICROSOFT CORPORATION'S INITIAL DISCLOSURES** were served upon the below-

named counsel of record at the address and in the manner indicated:

Michael P. Kelly, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
MCCARTER & ENGLISH, LLP
405 North King Street, 8th Floor
Wilmington, DE  19801

Michael P. Sandonato, Esquire                          <u>VIA ELECTRONIC MAIL</u>
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800

Rodger D. Smith, II, Esquire                                <u>VIA ELECTRONIC MAIL</u>
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801

Michael J. Newton, Esquire                              VIA ELECTRONIC MAIL
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201-2139

Anne Shea Gaza, Esquire                                 VIA ELECTRONIC MAIL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Elizabeth Rogers Brannen, Esquire                       VIA ELECTRONIC MAIL
STRIS & MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Karen Jacobs, Esquire                                   VIA ELECTRONIC MAIL
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

Bryan G. Harrison, Esquire                              VIA ELECTRONIC MAIL
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA  30305

John W. Shaw, Esquire                                   VIA ELECTRONIC MAIL
SHAW KELLER, LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

Lucian C. Chen, Esquire                                 VIA ELECTRONIC MAIL
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY  10165

Kai Tseng, Esquire                                      VIA ELECTRONIC MAIL
TECHKNOWLEDGE LAW GROUP LLC
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065

Matthew Warren, Esquire                                 VIA ELECTRONIC MAIL
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114

*Of Counsel:*

Chad Campbell
Jared W. Crop
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
(602) 351-8000

Judy Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
(206) 359-8000

Dated: November 7, 2016

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-188
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Microsoft Corporation*