**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1125-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1127-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VISUAL LAND, INC., | ) ) ) | |
| Defendant. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1130-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD. | ) ) ) ) | |
| Defendants. | ) ) | |

ME1 23674336v.1

| | ) | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 15-1131-GMS |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| YIFANG USA, INC. D/B/A E-FUN, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| KONINKLIJKE PHILIPS N.V., | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 15-1170-GMS |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| ACER INC., | ) | |
| ACER AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' INITIAL IDENTIFICATION OF PROSPECTIVE INTERVENOR MICROSOFT'S ACCUSED PRODUCTS** were caused to be served on November 7, 2016 on the following counsel in manner indicated:

**VIA EMAIL**

Steven J. Balick
Andrews C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Flr.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*sbalick@ashby-geddes.com*
*amayo@ashby-geddes.com*

Chad S. Campbell
Jared W. Crop
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

*Attorneys for Intervenor Microsoft Corporation*

| | |
|---|---|
| DATED: November 7, 2016 | MCCARTER & ENGLISH, LLP |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | *bsmyth@mccarter.com* |
| | |
| | *Attorneys for Plaintiffs* |

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
Robert S. Pickens
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*dapgar@fchs.com*
*jsharret@fchs.com*
*rpickens@fchs.com*