**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,. <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | C.A. No. 15-1125-GMS |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,. <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORP., HTC AMERICA, INC., <br><br> Defendants. | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,. <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC., <br><br> Defendant. | C.A. No. 15-1127-GMS |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,.<br><br>      Plaintiffs,<br><br>  v.<br><br>SOUTHERN TELECOM INC.,<br><br>      Defendant. | C.A. No. 15-1128-GMS |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,.<br><br>      Plaintiffs,<br><br>  v.<br><br>DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.,<br><br>      Defendants. | C.A. No. 15-1130-GMS |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,.<br><br>      Plaintiffs,<br><br>  v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>      Defendant. | C.A. No. 15-1131-GMS |

ME1 23690026v.1

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,. <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., ACER AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 15-1170-GMS |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Court's Order of October 25, 2016 (D.I. 60 in No. 15-1125; D.I. 60 in No. 15-1126; D.I. 64 in No. 15-1127; D.I. 61 in No. 15-1128; D.I. 65 in No. 15-1130; D.I. 59 in 15-1131; D.I. 64 in No. 15-1170), granted plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") leave to amend their complaints in these actions in order to correct the pleading deficiencies discussed in that Order;

WHEREAS, Philips and Defendants ASUSTeK Computer Inc., ASUS Computer International, HTC Corp., HTC America, Inc., Visual Land, Inc., Southern Telecom Inc., Double Power Technology, Inc., Zowee Marketing Co., Ltd., Shenzen Zowee Technology Co., Ltd., YiFang USA, Inc. d/b/a E-Fun, Inc., Acer, Inc., and Acer America Corporation (collectively, "Defendants") have agreed to a schedule for Philips to amend its complaints and for Defendants to respond to Philips' amended complaints;

WHEREAS, Philips has previously asserted U.S. Patent No. 8,543,819 ("the '819 patent"), which is a continuation of U.S. Patent Application No. 10/521,858, in Case Nos. 15-1125, 15-1126, and 15-1170 ("the '819 Actions");

3

WHEREAS, Philips wishes to assert infringement of U.S. Patent No. 9,436,809 ("the '809 patent"), issued on September 6, 2016, which, like the '819 patent, is a continuation of U.S. Patent Application No. 10/521,858, in the '819 Actions;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Philips shall file its amended complaints in these actions (the "Second Amended Complaints") no later than November 23, 2016;

2. Defendants shall respond to the Second Amended Complaints no later than December 22, 2016;

3. In its Second Amended Complaints in the '819 Actions, Philips may include allegations that Defendants infringe the '809 patent;

4. Philips' disclosures under Delaware Default Standard Paragraph 4(a) regarding the '819 patent, and Defendants' disclosures under Delaware Default Standard Paragraph 4(b) regarding the '819 patent, shall also apply to the '809 patent;

5. Philips shall serve contentions on Defendants under Delaware Default Standard Paragraph 4(c) regarding the '809 patent no later than December 9, 2016; and

6. Defendants shall serve contentions on Philips under Delaware Default Standard Paragraph 4(d) regarding the '809 patent no later than December 30, 2016.

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Benjamin A. Smyth* | /s/ *Rodger D. Smith II* |
| Michael P. Kelly (#2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (#4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (#5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | rsmith@mnat.com |
| mkelly@mccarter.com | etennyson@mnat.com |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | Michael J. Newton |
| | Derek Neilson |
| Michael P. Sandonato | Sang (Michael) Lee |
| John D. Carlin | ALSTON & BIRD LLP |
| Daniel A. Apgar | 2828 N. Harwood Street, Suite 1800 |
| Jonathan M. Sharret | Dallas, TX 75201-2139 |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | Patrick J. Flinn |
| New York, NY 10104-3800 | ALSTON & BIRD LLP |
| (212) 218-2100 | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA 30309-3424 |
| *Attorneys for Plaintiffs* | |
| | Xavier M. Brandwajn |
| | ALSTON & BIRD LLP |
| | 1950 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| | |
| | Ross R. Barton |
| | ALSTON & BIRD LLP |
| | 101 South Tyron Street, Suite 4000 |
| | Charlotte, NC 28280-4000 |
| | (704) 444-1000 |
| | |
| | Matt Warren |
| | Patrick Shields |
| | Brian Wikner |
| | Erika Mayo |
| | WARREN LEX LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, CA 94114 |
| | |
| | *Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Coumputer Inc. and ASUS Computer International* |

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Samantha G. Wilson*
Adam W. Poff (#3990)
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant Visual Land, Inc.*

SHAW KELLER LLP

/s/ *Karen E. Keller*
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*


YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Samantha G. Wilson*
Adam W. Poff (#3990)
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant Visual Land, Inc.*

SHAW KELLER LLP

/s/ *Karen E. Keller*
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Karen L. Pascale* | /s/ *Karen Jacobs* |
| Karen L. Pascale (#2903) | Karen Jacobs (#2881) |
| Robert M. Vrana (# 5666) | Mirco J. Haag (#6165) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| apoff@ycst.com | kjacobs@mnat.com |
| agaza@ycst.com | mhaag@mnat.com |
| swilson@ycst.com | |

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

*Attorneys for Defendant Southern Telecom, Inc.*

*Attorneys for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

SHAW KELLER LLP

/s/ *Andrew E. Russell*
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

SO ORDERED, this _____ day of _____ 2016.

_____
United States District Judge