**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> ASUSTEK COMPUTER INC., <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> VISUAL LAND, INC., <br><br> Defendant. | C.A. No. 15-1127-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |

{01157228;v1 }

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | C.A. No. 15-1130-GMS |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, v. | ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Intervenor-Defendants. | ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | C.A. No. 15-1131-GMS |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) ) ) | |
| Defendant. | ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, v. | ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |

{01157228;v1 }                                    2

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 15-1170-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of November, 2016, **MICROSOFT CORPORATION'S CORE TECHNICAL DOCUMENT PRODUCTION PURSUANT TO THE DELAWARE DEFAULT STANDARD FOR DISCOVERY, INCLUDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire <br> MCCARTER & ENGLISH, LLP <br> 405 North King Street, 8th Floor <br> Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Michael P. Sandonato, Esquire <br> FITZPATRICK, CELLA, HARPER & SCINTO <br> 1290 Avenue of the Americas <br> New York, NY  10104-3800 | VIA ELECTRONIC MAIL |

{01157228;v1 }

|  |  |
|---|---|
| *Of Counsel:*<br><br>Chad Campbell<br>Jared W. Crop<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>(602) 351-8000<br><br>Judy Jennison<br>Christina McCullough<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>(206) 359-8000<br><br>Dated: November 29, 2016 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-188<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Microsoft Corporation* |