# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1125-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendants. | ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1126-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| HTC CORP., HTC AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

ME1 23994833v.1

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>   Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC., <br><br>   Defendant. <br> ─────────────────────────────── <br> MICROSOFT CORPORATION, <br><br>   Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>   Defendants. <br> ─────────────────────────────── <br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>   Plaintiffs, <br><br> v. <br><br> SOUTHERN TELECOM, INC., <br><br>   Defendant. <br> ─────────────────────────────── | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1127-GMS <br><br> JURY TRIAL DEMANDED <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> C.A. No. 15-1128-GMS <br><br> JURY TRIAL DEMANDED |

ME1 23994833v.1

3

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1130-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |
| MICROSOFT CORPORATION, | ) <br> ) <br> ) | |
| Intervenor-Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1131-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC. | ) <br> ) | |
| Defendants. | ) <br> ) | |

3

|  |  |  |
|---|---|---|
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Defendants. _____ | ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1170-GMS |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| ACER INC., ACER AMERICA CORPORATION, | ) ) ) | |
| Defendants. _____ | ) ) ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Defendants. _____ | ) ) ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PHILIPS' PRELIMINARY LIST OF PROPOSED CLAIM TERMS FOR CONSTRUCTION** were caused to be served on January 6, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139


Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

ME1 23994833v.1

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Asustek Computer Inc. and Asus Computer International*

ME1 23994833v.1

Adam W. Poff
Anne Shea Gaza
Samantha G. Wilson
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant*
*Visual Land, Inc.*

John W. Shaw
Karen E. Keller
Andrew E. Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

7

Karen L. Pascale
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324
*dblatt@whe-law.com*

*Attorneys for Defendant*
*Southern Telecom, Inc.*




Karen Jacobs
Mirco J. Haag
MORRIS, NICHOLS, ARCHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

*Attorney for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

8

John W. Shaw
Karen E. Keller
Andrew E. Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*


Steven J. Balick
Andrews C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Flr.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*sbalick@ashby-geddes.com*
*amayo@ashby-geddes.com*

Chad S. Campbell
Jared W. Crop
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000

9

        Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

*Attorneys for Intervenor Microsoft Corporation*

| | |
|---|---|
| DATED: January 6, 2017 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | *bsmyth@mccarter.com* |
| | *Attorneys for Plaintiffs* |

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Christopher M. Gerson
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
Jaime F. Cardenas-Navia
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*cgerson@fchs.com*
*jsharret@fchs.com*
*dapgar@fchs.com*
*rpickens@fchs.com*
*jcardenas-navia@fchs.com*