IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1125-GMS |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | ) ) ) | |
| Defendants. | ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Intervenor-Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) | |
| v. | ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) | |
| AND | ) ) | |
| MICROSOFT MOBILE OY, | ) ) | |
| Counterclaim Defendant in Intervention. | ) ) ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1126-GMS |
| HTC CORP. and HTC AMERICA, Inc., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1127-GMS |
| VISUAL LAND, INC., | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |
| MICROSOFT CORPORATION, | ) <br> ) | |
| Intervenor-Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Intervenor-Defendants. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Intervenor-Defendants/Counterclaim <br> Plaintiffs in Intervention, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| MICROSOFT CORPORATION, | ) <br> ) | |
| Intervenor-Plaintiff/Counterclaim <br> Defendant in Intervention, | ) <br> ) | |

| | |
|---|---|
| AND </br> MICROSOFT MOBILE OY, </br> </br>   Counterclaim Defendant in </br>   Intervention. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| KONINKLIJKE PHILIPS N.V. and </br> U.S. PHILIPS CORPORATION, </br> </br>   Plaintiffs, </br> </br> v. </br> </br> SOUTHERN TELECOM, INC., </br> </br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C.A. No. 15-1128-GMS |
| KONINKLIJKE PHILIPS N.V. and </br> U.S. PHILIPS CORPORATION, </br> </br>   Plaintiffs, </br> </br> v. </br> </br> DOUBLE POWER TECHNOLOGY, INC., </br> ZOWEE MARKETING CO., LTD., and </br> SHENZEN ZOWEE TECHNOLOGY CO., </br> LTD., </br> </br>   Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C.A. No. 15-1130-GMS |
| MICROSOFT CORPORATION, </br> </br>   Intervenor-Plaintiff, </br> </br> v. </br> </br> KONINKLIJKE PHILIPS N.V. and </br> U.S. PHILIPS CORPORATION, </br> </br>   Intervenor-Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |  |

3

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) | |
|     Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention, | )<br>) | |
| v. | )<br>) | |
| MICROSOFT CORPORATION, | )<br>) | |
|     Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention, | )<br>)<br>) | |
| AND | )<br>) | |
| MICROSOFT MOBILE OY, | )<br>) | |
|     Counterclaim Defendant in<br>    Intervention. | )<br>)<br>) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) | |
|     Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 15-1131-GMS |
| YIFANG USA, INC. D/B/A E-FUN, INC., | )<br>) | |
|     Defendant. | )<br>) | |
| MICROSOFT CORPORATION, | )<br>) | |
|     Intervenor-Plaintiff, | )<br>) | |
| v. | )<br>) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) | |
|     Intervenor-Defendants. | )<br>) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) ) |
| AND | ) ) |
| MICROSOFT MOBILE OY, | ) ) |
| Counterclaim Defendant in Intervention. | ) ) ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 15-1170-GMS |
| ACER INC. and ACER AMERICA CORPORATION, | ) ) ) |
| Defendants. | ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Intervenor-Plaintiff, | ) ) ) |
| v. | ) ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Intervenor-Defendants. | ) ) ) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE OY,<br><br>    Counterclaim Defendant in<br>    Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2017, the following document was served on the persons listed below in the manner indicated as well as by e-mail to #philips@fchs.com:

1.   Defendants' Proposed Claim Constructions

**BY E-MAIL**
Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Robert S. Pickens
Jaime F. Cardenas-Navia
Christopher M. Gerson
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
rpickens@fchs.com
jcardenas-navia@fchs.com
cgerson@fchs.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (No. 3778)
Eleanor G. Tennyson (No. 5812)
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

OF COUNSEL:
Matt Warren
Patrick M. Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International*

OF COUNSEL:
Kai Tseng
Craig Kaufman
James Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280
*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

/s/ Samantha G. Wilson
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com
*Attorneys for Defendant*
*Visual Land, Inc.*

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

OF COUNSEL:
John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
*Attorneys for Defendants HTC Corp.*
*and HTC America, Inc.*

*/s/ Karen L. Pascale*
Karen L. Pascale (No. 2903)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

OF COUNSEL:
P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
*Attorneys for Defendant*
*Southern Telecom, Inc.*

*/s/ Karen Jacobs*
Karen Jacobs (No. 2881)
Mirco J. Haag (No. 6165)
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mhaag@mnat.com

OF COUNSEL:
Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
*Attorneys for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd., and*
*Shenzen Zowee Technology Co., Ltd.*

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Andrew C. Mayo* |
| John W. Shaw (No. 3362) | Steven J. Balick (No. 2114) |
| Karen E. Keller (No. 4489) | Andrew C. Mayo (No. 5207) |
| SHAW KELLER LLP | ASHBY & GEDDES |
| 300 Delaware Avenue, Suite 1120 | 500 Delaware Avenue |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 298-0700 | Wilmington DE 19899 |
| jshaw@shawkeller.com | (302) 504-3700 |
| kkeller@shawkeller.com | sbalick@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Lucian C. Chen | Chad Campbell |
| Wing K. Chiu | Jared W. Crop |
| LUCIAN C. CHEN, ESQ. PLLC | PERKINS COIE LLP |
| One Grand Central Place | 2901 North Central Avenue, Suite 2000 |
| 60 East 42nd Street, Suite 4600 | Phoenix, AZ 85012 |
| New York, NY 10165 | |
| *Attorneys for Defendant YiFang USA, Inc.* | Judy Jennison |
| *D/B/A E-Fun, Inc.* | Christina McCullough |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | *Attorneys for Intervenor-Plaintiff/Counterclaim* |
| Dated: January 24, 2017 | *Defendant Microsoft Corporation* |