**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br> Defendants. | C.A. No. 15-1170-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC. <br> Counterclaim Defendant in Intervention. | |

# MICROSOFT CORPORATION'S NOTICE OF JOINDER IN
# ACER'S MOTION TO STAY PENDING INTER PARTES REVIEW

Intervenor Microsoft Corporation ("Microsoft") hereby joins the Motion to Stay Pending *Inter Partes* Review (D.I. 114) filed in this action by Acer Inc. and Acer America Corporation (collectively, "Acer"). Microsoft fully incorporates by reference the arguments set forth in Acer's Opening Brief in support of its Motion to Stay Pending Inter Partes Review (D.I. 115) ("Acer's Opening Brief").

Google Inc. has petitioned for *inter partes* review of six of the eleven patents asserted in this case: United States Patent Nos. RE44,913, Case Nos. IPR 2017-00386 and IPR 2017-00387; RE43,564, Case Nos. IPR 2017-00388 and IPR 2017-389; 7,529,806, Case No. 2017-00447; 6,772,114, Case No. 2017-00437; 6,690,387, Case Nos. IPR 2017-00408 and IPR 2017-00409; and 7,184,064, Case Nos. 2017-00410 and 2017-0041. The resolution of these *inter partes* review proceedings may simplify or eliminate disputed issues in this case. Accordingly, Microsoft joins Acer's Motion to Stay Pending *Inter Partes* Review. To the extent this action is stayed, Microsoft further agrees to be estopped from asserting any invalidity contention that is actually raised and finally adjudicated in the IPR proceedings that Google's Petitions have initiated on patents asserted in this action.

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207) |
| Chad Campbell<br>Jared W. Crop<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788<br>(602) 351-8000 | 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-188<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com |
| Judy Jennison<br>Christina McCullough<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-8000 | *Attorneys for Microsoft Corporation* |

Dated: February 2, 2017