IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim <br> Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim <br> Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in <br> Intervention. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORP. and HTC AMERICA, Inc., <br><br> Defendants. | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC., <br><br> Defendant. | C.A. No. 15-1127-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | |

| | ) | |
|---|---|---|
| AND | ) | |
| MICROSOFT MOBILE Inc., | ) | |
| | ) | |
|     Counterclaim Defendant in | ) | |
|     Intervention. | ) | |
| _____ | ) | |
| KONINKLIJKE PHILIPS N.V. and | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|                     v. | ) | C.A. No. 15-1128-GMS |
| | ) | |
| SOUTHERN TELECOM, INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| KONINKLIJKE PHILIPS N.V. and | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|                     v. | ) | C.A. No. 15-1130-GMS |
| | ) | |
| DOUBLE POWER TECHNOLOGY, INC., | ) | |
| ZOWEE MARKETING CO., LTD., and | ) | |
| SHENZEN ZOWEE TECHNOLOGY CO., | ) | |
| LTD., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
|     Intervenor-Plaintiff, | ) | |
| | ) | |
|                     v. | ) | |
| | ) | |
| KONINKLIJKE PHILIPS N.V. and | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Intervenor-Defendants. | ) | |
| _____ | ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>    Counterclaim Defendant in<br>    Intervention. | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendant. | C.A. No. 15-1131-GMS |
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>    v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention,<br><br>              v.<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>    Counterclaim Defendant in<br>    Intervention. | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>               v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>    Defendants. | C.A. No. 15-1170-GMS |
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>              v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) |
|     Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention, | )<br>)<br>) |
| v. | )<br>) |
| MICROSOFT CORPORATION, | )<br>) |
|     Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention, | )<br>)<br>) |
| AND | )<br>) |
| MICROSOFT MOBILE INC., | )<br>) |
|     Counterclaim Defendant in<br>    Intervention. | )<br>) |

**DEFENDANTS' UNOPPOSED MOTION AND ORDER
TO INCREASE PAGE LIMITATIONS FOR CLAIM CONSTRUCTION BRIEFING**

WHEREAS, opening claim construction briefs in the above-captioned seven cases are due on March 3, 2017;

WHEREAS, defendants ASUSTeK Computer Inc., ASUS Computer International, HTC Corp., HTC America, Inc., Visual Land, Inc., Southern Telecom Inc., Double Power Technology, Inc., Zowee Marketing Co., Ltd., Shenzen Zowee Technology Co., Ltd., YiFang USA, Inc. d/b/a E-Fun, Inc., Acer, Inc., and Acer America Corporation, intervenor/counterclaim defendant Microsoft Corporation, and counterclaim defendant Microsoft Mobile Inc. (collectively, "Defendants") will be submitting a single joint opening claim construction brief and a single joint answering claim construction brief;

WHEREAS, these cases are very substantial in scope, with Plaintiffs having asserted a total of eleven patents, from nine separate patent families, with nine non-overlapping specifications, and a total of sixty-seven asserted claims;

WHEREAS, through the discovery and meet-and-confer process, the parties have successfully reduced the number of disputed terms for construction to a total of thirty-three, of which at least ten are means-plus-function terms for which a construction is necessary to determine the corresponding structure;

WHEREAS, although the thirty-three disputed terms represent just three terms per patent and fewer than one term per asserted claim, they nonetheless represent a very challenging number of terms to brief in the standard twenty pages permitted under the local rules, and with little more than half a page per term, Defendants are concerned about their ability to articulate their positions in a way that the Court will find helpful;

WHEREAS, Plaintiffs do not oppose this motion; and

NOW THEREFORE, Defendants hereby respectfully move to modify the page limits imposed by Local Rule 7.1.3(4) for the upcoming *Markman* briefs in these actions such that each side's opening and answering brief shall be limited to no more than thirty pages.

/s/ Rodger D. Smith II
Rodger D. Smith II (No. 3778)
Eleanor G. Tennyson (No. 5812)
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

OF COUNSEL:
Matt Warren
Patrick M. Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International*

OF COUNSEL:
Kai Tseng
Craig Kaufman
James Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX, 75201

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280
*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

| | |
|---|---|
| */s/ Samantha G. Wilson* | */s/ Andrew E. Russell* |
| Adam W. Poff (No. 3990) | John W. Shaw (No. 3362) |
| Anne Shea Gaza (No. 4093) | Karen E. Keller (No. 4489) |
| Samantha G. Wilson (No. 5816) | Andrew E. Russell (No. 5382) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| Rodney Square | 300 Delaware Avenue, Suite 1120 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | jshaw@shawkeller.com |
| apoff@ycst.com | kkeller@shawkeller.com |
| agaza@ycst.com | arussell@shawkeller.com |
| swilson@ycst.com | |
| *Attorneys for Defendant Visual Land, Inc.* | OF COUNSEL: |
| | John Schnurer |
| | Kevin Patariu |
| | Ryan Hawkins |
| | Louise Lu |
| | Vinay Sathe |
| | PERKINS COIE LLP |
| | 11988 El Camino Real, Suite 350 |
| | San Diego, CA 92130 |
| | |
| | Ryan McBrayer |
| | Jonathan Putman |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | *Attorneys for Defendants HTC Corp. and HTC America, Inc.* |

| | |
|---|---|
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (No. 2903) | Karen Jacobs (No. 2881) |
| Robert M. Vrana (No. 5666) | Mirco J. Haag (No. 6165) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| kpascale@ycst.com | kjacobs@mnat.com |
| rvrana@ycst.com | mhaag@mnat.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| P. Andrew Blatt | Bryan G. Harrison |
| WOOD HERRON & EVANS LLP | LOCKE LORD LLP |
| 2700 Carew Tower | Terminus 200 |
| Cincinnati, OH 45202 | 3333 Piedmont Road NE, Suite 1200 |
| *Attorneys for Defendant* | Atlanta, GA 30305 |
| *Southern Telecom, Inc.* | *Attorneys for Defendants* |
| | *Double Power Technology, Inc.,* |
| | *Zowee Marketing Co., Ltd., and* |
| | *Shenzen Zowee Technology Co., Ltd.* |

| | |
|---|---|
| /s/ Andrew E. Russell | /s/ Andrew C. Mayo |
| John W. Shaw (No. 3362) | Steven J. Balick (No. 2114) |
| Karen E. Keller (No. 4489) | Andrew C. Mayo (No. 5207) |
| Andrew E. Russell (No. 5382) | ASHBY & GEDDES |
| SHAW KELLER LLP | 500 Delaware Avenue |
| 300 Delaware Avenue, Suite 1120 | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington DE 19899 |
| (302) 298-0700 | (302) 504-3700 |
| jshaw@shawkeller.com | sbalick@ashby-geddes.com |
| kkeller@shawkeller.com | amayo@ashby-geddes.com |
| arussell@shawkeller.com | |
| | OF COUNSEL: |
| OF COUNSEL: | Chad Campbell |
| Lucian C. Chen | Jared W. Crop |
| Wing K. Chiu | PERKINS COIE LLP |
| LUCIAN C. CHEN, ESQ. PLLC | 2901 North Central Avenue, Suite 2000 |
| One Grand Central Place | Phoenix, AZ 85012 |
| 60 East 42nd Street, Suite 4600 | |
| New York, NY 10165 | Judy Jennison |
| *Attorneys for Defendant YiFang USA, Inc.* | Christina McCullough |
| *D/B/A E-Fun, Inc.* | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | *Attorneys for Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.* |
| Dated: February 10, 2017 | |

SO ORDERED, this __ day of _____, 2017.

_____
United States District Judge