**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,** <br> **U.S. PHILIPS CORPORATION,** <br><br>         **Plaintiffs,** <br><br>   v. <br><br> **ASUSTEK COMPUTER INC.,** <br> **ASUS COMPUTER INTERNATIONAL,** <br><br>         **Defendants.** | Case No.: 15-1125-GMS <br><br> JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,** <br><br>         **Intervenor-Plaintiff,** <br><br>   v. <br><br> **KONINKLIJKE PHILIPS N.V.,** <br> **U.S. PHILIPS CORPORATION,** <br><br>         **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V.,** <br> **U.S. PHILIPS CORPORATION,** <br><br>         **Intervenor-** <br>         **Defendants/Counterclaim** <br>         **Plaintiffs in Intervention** <br><br>   v. <br><br> **MICROSOFT CORPORATION** <br><br>         **Intervenor-** <br>         **Plaintiff/Counterclaim** <br>         **Defendant in** <br>         **Intervention** | |

| | |
|---|---|
| **AND**<br><br>**MICROSOFT MOBILE INC.,**<br><br>      **Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Plaintiffs,**<br><br>    **v.**<br><br>**VISUAL LAND, INC.**<br><br>      **Defendant.** | Case No.: 15-1127-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>      **Intervenor-Plaintiff,**<br><br>    **v.**<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |

ME1 24200890v.1

|  |  |
|---|---|
| v.<br><br>**MICROSOFT CORPORATION**<br><br>    **Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>    **Counterclaim Defendant in Intervention** |  |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.**<br><br>    **Defendants.** | Case No.: 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>    **Intervenor-Plaintiff,**<br><br>v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Intervenor-Defendants.** |  |

3

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |
| v. | |
| **MICROSOFT CORPORATION** | |
| **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** | |
| AND | |
| **MICROSOFT MOBILE INC.** | |
| **Counterclaim Defendant in Intervention** | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| **Plaintiffs,** | Case No.: 15-1131-GMS |
| v. | JURY TRIAL DEMANDED |
| **YIFANG USA, INC. D/B/A E-FUN, INC.,** | |
| **Defendant.** | |
| **MICROSOFT CORPORATION,** | |
| **Intervenor-Plaintiff,** | |

4

|  |  |
|---|---|
| **v.**<br><br>**KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>            **Intervenor-Defendants.** |  |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>            **Intervenor-**<br>            **Defendants/Counterclaim**<br>            **Plaintiffs in Intervention**<br><br>     **v.**<br><br>**MICROSOFT CORPORATION**<br><br>            **Intervenor-**<br>            **Plaintiff/Counterclaim**<br>            **Defendant in**<br>            **Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>            **Counterclaim Defendant**<br>            **in Intervention** |  |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>            **Plaintiffs,**<br><br>     **v.**<br><br>**ACER INC.,**<br>**ACER AMERICA CORPORATION,**<br><br>            **Defendants.** | Case No.: 15-1170-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| **MICROSOFT CORPORATION,** | |
|         **Intervenor-Plaintiff,** | |
| v. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
|         **Intervenor-Defendants.** | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
|         **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |
| v. | |
| **MICROSOFT CORPORATION** | |
|         **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** | |
| **AND** | |
| **MICROSOFT MOBILE INC.** | |
|         **Counterclaim Defendant in Intervention** | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
|         **Plaintiffs,** | Case No.: 15-1126-GMS |

|  |  |
|---|---|
| v. <br><br>**HTC CORP.,** <br>**HTC AMERICA, INC.** <br><br>    **Defendants.** |  |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,** <br>**U.S. PHILIPS CORPORATION,** <br><br>    **Plaintiffs,** <br><br>v. <br><br>**SOUTHERN TELECOM, INC.,** <br><br>    **Defendant.** | Case No.: 15-1128-GMS <br><br> JURY TRIAL DEMANDED |

## **FINAL JOINT CLAIM CHART**

  Pursuant to the Court's Scheduling Order (D.I. 49) as amended by stipulation of the parties and Order of the Court (D.I. 69), attached as Exhibit A is the parties' Final Joint Claim Chart and attached as Exhibit B is the parties' Agreed-Upon Constructions. The parties reserve the right to rely on any intrinsic evidence on which the other party relies, and any intrinsic evidence contradicting or otherwise rebutting any evidence on which the other party relies.

Dated: February 10, 2017

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ Rodger D. Smith II |
| Michael P. Kelly (#2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (#4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (#5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | rsmith@mnat.com |
| mkelly@mccarter.com | etennyson@mnat.com |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | Michael J. Newton |
| | Derek Neilson |
| Michael P. Sandonato | Sang (Michael) Lee |
| John D. Carlin | ALSTON & BIRD LLP |
| Daniel A. Apgar | 2828 N. Harwood Street, Suite 1800 |
| Jonathan M. Sharret | Dallas, TX 75201-2139 |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| | Patrick J. Flinn |
| 1290 Avenue of the Americas | ALSTON & BIRD LLP |
| New York, NY 10104-3800 | 1201 West Peachtree Street, Suite 4900 |
| (212) 218-2100 | Atlanta, GA 30309-3424 |
| *Attorneys for Plaintiffs* | Xavier M. Brandwajn |
| | ALSTON & BIRD LLP |
| | 1950 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| | |
| | Ross R. Barton |
| | ALSTON & BIRD LLP |
| | 101 South Tyron Street, Suite 4000 |
| | Charlotte, NC 28280-4000 |
| | (704) 444-1000 |
| | |
| | Matt Warren |
| | Patrick Shields |
| | Brian Wikner |
| | Erika Mayo |
| | WARREN LEX LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, CA 94114 |
| | |
| | *Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Coumpter Inc. and ASUS Computer International* |

8

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| /s/ Samantha G. Wilson | /s/ Andrew E. Russell |
| Adam W. Poff (#3990) | John W. Shaw (# 3362) |
| Anne Shea Gaza (#4093) | Karen E. Keller (# 4489) |
| Samantha G. Wilson (#5816) | Andrew E. Russell (# 5382) |
| Rodney Square | 300 Delaware Avenue, Suite 1120 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | jshaw@shawkeller.com |
| apoff@ycst.com | kkeller@shawkeller.com |
| agaza@ycst.com | arussell@shawkeller.com |
| swilson@ycst.com | |

*Attorneys for Defendant Visual Land, Inc.*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Karen L. Pascale | /s/ Karen Jacobs |
| Karen L. Pascale (#2903) | Karen Jacobs (#2881) |
| Robert M. Vrana (# 5666) | Mirco J. Haag (#6165) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| apoff@ycst.com | kjacobs@mnat.com |
| agaza@ycst.com | mhaag@mnat.com |
| swilson@ycst.com | |
| | Bryan G. Harrison |
| P. Andrew Blatt | LOCKE LORD LLP |
| WOOD HERRON & EVANS LLP | Terminus 200 |
| 2700 Carew Tower | 3333 Piedmont Road NE, Suite 1200 |
| Cincinnati, OH 45202 | Atlanta, GA 30305 |
| (513) 241-2324 | (404) 870-4629 |
| *Attorneys for Defendant Southern Telecom, Inc.* | *Attorneys for Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd. and Shenzen Zowee Technology Co., Ltd.* |

ME1 24200890v.1

| SHAW KELLER LLP | ASHBY & GEDDES |
|---|---|
| /s/ Andrew E. Russell | /s/ Andrew C. Mayo |
| John W. Shaw (# 3362) | Steven J. Balick (#2114) |
| Karen E. Keller (# 4489) | Andrew C. Mayo (#5207) |
| Andrew E. Russell (# 5382) | 500 Delaware Avenue, 8th Flr. |
| 300 Delaware Avenue, Suite 1120 | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 654-1888 |
| jshaw@shawkeller.com | *sbalick@ashby-geddes.com* |
| kkeller@shawkeller.com | *amayo@ashby-geddes.com* |
| arussell@shawkeller.com | |
| | Chad S. Campbell |
| Lucian C. Chen | Jared W. Crop |
| Wing K. Chiu | PERKINS COIE LLP |
| LUCIAN C. CHEN, ESQ. PLLC | 2901 N. Central Avenue, Suite 2000 |
| One Grand Central Place | Phoenix, AZ 85012-2788 |
| 60 East 42nd Street, Suite 4600 | (602) 351-8000 |
| New York, NY 10165 | |
| (212) 710-3007 | Judith Jennison |
| | Christina McCullough |
| *Attorneys for Defendant YiFang USA, Inc.* | PERKINS COIE LLP |
| *D/B/A E-Fun, Inc.* | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | (206) 359-8000 |
| | |
| | *Attorneys for Intervenor Microsoft Corporation* |
| | *and Microsoft Mobile Inc.* |