## EXHIBIT A – FINAL JOINT CLAIM CHART

### I.     '913 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| keypad<br><br>(claims 1, 3, 4, 5, 8, 9, 12, 13, and 16) | Plain meaning.<br><br>**Intrinsic Evidence**<br>'913 patent and prosecution history, including:<br><br>'913 Patent:<br>• Title; References Cited; Abstract; Figs. 1-6; Columns 1:18-21, 2:20-50, 3:3-22, 3:25-31, 3:37-41, 3:63-4:8, 4:45-5:14, 5:37-41, 6:31-46; Claims 1, 3, 4.<br><br>U.S. Patent No. 6,885,318 Prosecution History:<br>• 2002/05/28 Original Application, e.g., pp. 11-12.<br>• 2003/05/06 Information Disclosure Statement, e.g., p. 3.<br>• 2004/10/06 Notice of Allowance, e.g., pp. 2-3.<br>• 2004/10/06 List of References Cited, e.g., p. 1.<br>• EP 0 889 388 to Lu.<br>• JPH07200120 to Katsuyasu.<br>• Toshiyuki Masui, An Efficient Text Input Method for Pen-based Computers. | a plurality of keys arranged to resemble a numeric entry or phone dialing interface<br><br>**Intrinsic Evidence**<br>claim language, Abstract, Figs. 1–3, Fig. 6, 1:45–63, 2:11–14, 2:20–24, 2:25–60, 3:11–14, 3:21–22, 3:25–41, 3:42–57, 3:58–62, 4:3–8, 4:9–23, 4:45–55, 4:58 to 5:8, 5:10–14, 5:18–31, 5:33–36, 6:25–30, 6:41–46 |

| | | |
|---|---|---|
| | '913 Patent Prosecution History:<br>• 2013/07/31 Preliminary Amendment, e.g., pp. 9-13.<br>• 2014/03/18 Information Disclosure Statement, e.g., pp. 1-3.<br>• 2014/03/28 List of References Cited.<br>• JP 4019512 to Sakata.<br>• US 6271835 to Hoeksma. | |
| means for switching to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period<br><br>(claims 4, 5, and 8) | Subject to 35 U.S.C. 112, ¶ 6.<br><br>Function:<br>switching to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period<br><br>Structure:<br>a touchscreen and either: (1) a microprocessor in conjunction with a computer readable storage medium running a computer program to perform the function, such as the algorithm disclosed at 4:45-6:6, Figs. 4, 5; or (2) dedicated logic circuits, PICmicro chips, or application specific integrated circuits (ASIC) that works with or without such a computer program to perform the function, such as the algorithm disclosed at 4:45-6:6, Figs. 4, 5.<br><br>**Intrinsic Evidence**<br>'913 patent and prosecution history, including: | Means plus function.<br><br>Function: switching to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period<br><br>Structure: Figs. 2, 5, 3:42–52, 5:41–46, 5:58–61, 6:1–3<br><br>**Intrinsic Evidence**<br>claim language, Figs. 2 and 5, 3:42–52, 5:41–46, 5:58–61, 6:1–3 |

ME1 24200894v.1

| | | |
|---|---|---|
| | '913 Patent:<br>• Figs. 2-6; Columns 2:25-50, 3:8-22, 3:42-57, 4:20-23, 4:29-6:6, 6:31-46; Claims 4, 5, 8.<br><br>'913 Patent Prosecution History:<br>• 2013/07/31 Preliminary Amendment, e.g., pp. 10-11.<br>• U.S. Patent No. 6,885,318, e.g., 4:55-6:19.<br>• 2014/03/12 Notice of Allowance, e.g., pp. 2-3. | |
| means for returning the keypad to the default state<br><br>(claims 4, 5, and 8) | Subject to 35 U.S.C. 112, ¶ 6.<br><br>Function:<br>returning the keypad to the default state<br><br>Structure:<br>a touchscreen and either: (1) a microprocessor in conjunction with a computer readable storage medium running a computer program to perform the function, such as the algorithm disclosed at 4:45-5:14, 5:48-67, Fig. 5; or (2) dedicated logic circuits, PICmicro chips, or application specific integrated circuits (ASIC) that works with or without such a computer program to perform the function, such as the algorithm disclosed at 4:45-5:14, 5:48-67, Fig. 5.<br><br>**Intrinsic Evidence**<br>'913 patent and prosecution history, including: | Means plus function.<br><br>Function: returning the keypad to its default state<br><br>Structure: Figs. 1, 2, 5, 3:58–62, 5:36–40, 5:48–53, 5:62–67<br><br>**Intrinsic Evidence**<br>claim language, Figs. 1, 2, and 5, 3:58–62, 5:36–40, 5:48–53, 5:62–67 |

ME1 24200894v.1

| | | |
|---|---|---|
| | '913 Patent:<br>• Figs. 4, 5; Columns 2:25-50, 3:8-22,<br>3:58-62, 4:29-5:14, 5:48-67, 6:31-46;<br>Claims 4, 5, 8. | |

ME1 24200894v.1

## II.    '387 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| terminating said scrolling motion when one of the conditions comprising the following group of conditions is sensed: (a) a substantially stationary finger touch having a finite duration is sensed; (b) an end-of-scroll signal is sensed<br><br>(claims 9, 11, and 12) | sensing for and terminating the scrolling motion upon first occurrence of any of the following conditions: (a) a substantially stationary finger touch having a finite duration is sensed; (b) an end-of-scroll signal is sensed<br><br>**Intrinsic Evidence**<br>'387 patent and prosecution history, including:<br><br>'387 Patent:<br>• Fig. 1; Columns 1:60-2:3, 2:18-29, 2:35-39, 2:63-3:11, 4:25-5:5, 5:37-43, 5:59-64; Claims 9, 10. | Plain meaning — i.e., the scrolling motion terminates when either condition is satisfied.<br><br>**Intrinsic Evidence**<br>claim language, 1:60–65, 2:1–8, 2:18–23, 2:35–43, 2:63 to 3:8, 4:25–64, 5:59–64 |

ME1 24200894v.1

## III.   '064 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| finger touch program instructions associated with said microprocessor for sensing the speed, direction and time duration of a finger touch contact with said display screen<br><br>(claims 1, 2, 3, 5, 6, and 8) | Plain meaning.<br><br>If subject to 35 U.S.C. § 112, ¶ 6:<br><br>Function:<br>respond to signals from the display screen concerning speed, direction, and time duration of a finger touch contact<br><br>Structure:<br>microprocessor programmed to run an algorithm that responds to signals from the display screen, such as that disclosed at 2:12-24, 3:17-61, Fig. 1.<br><br>**Intrinsic Evidence**<br>'064 patent and prosecution history, including:<br><br>'064 Patent:<br>• Abstract; Figs. 1, 2, 3; Columns 1:52-59, 2:12-24, 3:1-16, 3:17-61, 4:42-64, 5:10-15, 5:16-61, 5:62-67; Claims 1, 2, 3, 5, 8. | Means plus function.<br><br>Function: Sensing the speed, direction, and time duration of a finger touch contact with said display screen.<br><br>No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>claim language, 2:13–19, 3:17–28 |
| timer means associated with said microprocessor to provide timing capacity therefor<br><br>(claims 1, 2, 3, 5, 6, and 8) | Plain meaning.<br><br>If subject to 35 U.S.C. 112, ¶ 6:<br><br>Function:<br>to provide timing capacity for said | Means plus function.<br><br>Function: measuring the time duration of finger touch contact in the claimed system.<br><br>Structure: 5:35–36. |

| | microprocessor in the same manner as an internal timer facility inherent in a central processing unit<br><br>Structure:<br>timer<br><br>**Intrinsic Evidence**<br>'064 patent and prosecution history, including:<br><br>'064 Patent:<br>&bull; Figs. 2, 3; Columns 1:67-2:7, 2:37-50, 3:1-16, 3:29-32, 3:36-39, 3:50-55, 4:14-28, 4:49-53, 4:55-59,  4:65-5:9, 5:16-46, 5:51-61, 5:62-67; Claims 1, 2, 3, 5, 8. | **Intrinsic Evidence**<br>claim language, 1:67 to 2:7, 2:37–46, 3:29–32, 3:36–39, 3:50–53, 3:56–59, 4:32–35, 4:44–47, 4:49–53, 4:55–58, 4:65 to 5:1, 5:35–36 |
| stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and (b) an end-of-scroll signal received from said scroll format data source<br><br>(claims 1, 2, 3, 5, 6, and 8) | Plain meaning.<br><br> If subject to 35 U.S.C. 112, ¶ 6:<br><br>Function:<br>monitoring for and terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and (b) an end-of-scroll signal received from said scroll format data source<br><br>Structure:<br>Microprocessor programmed to run an | Means plus function.<br><br>Function: terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and (b) an end-of-scroll signal received from said scroll format data source.  Under the plain meaning of this claim language, means associated with both condition (a) and condition (b) must be present.<br><br>No adequate corresponding structure disclosed in the specification. |

| | | |
|---|---|---|
| | algorithm that senses for and terminates scrolling, such as that disclosed at columns 2:12-24, 2:37-41, 4:29-5:9.<br><br>**Intrinsic Evidence**<br>'064 patent and prosecution history, including:<br><br><u>'064 Patent:</u><br>• Figs. 1-3; Columns 1:59-2:2, 2:13-31, 2:37-41, 3:1-16, 4:29-5:9, 5:16-46, 5:51-61, 5:62-67; Claims 1, 4, 9. | **Intrinsic Evidence**<br>claim language, 1:59–64, 1:67 to 2:7, 2:13–24, 2:37–46, 4:32 to 5:1 |

## IV.   '806 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| media presentation<br><br>(claims 1, 4-7, 12, 13, and 15) | video or audio data having multiple segments<br><br>**Intrinsic Evidence**<br>'806 patent and prosecution history, including:<br><br>'806 Patent<br>• Title; Abstract; Figs. 1-2; Columns 1:62-2:47, 2:53-3:36, 3:44-4:31; Claims 1-6, 8, 9, 11, 12, 14, 15.<br><br>'806 Patent Prosecution History<br>• 2002/10/09 Amendment, e.g., pp. 2-7.<br>• 2003/09/08 Appeal Brief, e.g., pp. 2-3.<br>• 2004/02/18 Amendment, e.g., pp. 1-2.<br>• 2004/07/28 Appeal Brief, e.g., pp. 2-3.<br>• 2005/01/05 Amendment, e.g., pp. 1-2.<br>• 2005/09/01 Appeal Brief, e.g., pp. 3-5.<br>• 2006/08/18 Appeal Brief, e.g., pp. 3-5.<br>• 2008/09/24 Amendment, e.g., pp. 1-12 | Plain meaning.<br><br>**Intrinsic Evidence**<br>claim language including claim 4 and claim 5, 1:18–19, 2:7–9, 5:6–15; U.S. Patent No. 6,557,041 at 1:24–30 |

ME1 24200894v.1

| | | |
|---|---|---|
| wherein if the determined file is one of a plurality of files required for the media presentation, the means for parsing comprises means for: concurrent with the media presentation, retrieving a next file; and using content of the next file to continue the media presentation<br><br>(claims 12 and 13) | the means for parsing has the capability to: 1) retrieve a next file corresponding to a later segment of a media presentation while an earlier retrieved segment is presented and 2) to use the content of the next file to continue the media presentation<br><br>**Intrinsic Evidence**<br>'806 patent and prosecution history, including:<br><br>'806 Patent<br> • Abstract; Figs. 1-2; Columns 1:62-2:24, 2:40-47, 3:8-43, 3:57-4:14, 4:20-31; Claims 1, 2, 3, 6, 12, 14, 15.<br><br>'806 Patent Prosecution History<br> • 2005/09/01 Appeal Brief, e.g., pp. 3-5.<br> • 2006/08/18 Appeal Brief, e.g., pp. 3-5.<br> • 2008/09/24 Amendment, e.g., pp. 1-12 | Indefinite.<br><br>**Intrinsic Evidence**<br>claim language; PHILIPS00006315–21, PHILIPS00006331–32, PHILIPS00006335–39 |

| parsing [the/a] control information file<br><br>(claims 1, 4, 5, 6, 7, 12, 13, and 15) | Plain meaning.<br><br>**Intrinsic Evidence**<br>'806 patent and prosecution history, including:<br><br>'806 Patent<br>• Figs. 1-2; Columns 2:3-7, 2:10-12, 2:20-38, 2:40-47, 2:53-3:2, 3:44-61, 4:26-44; Claims 1, 6, 7, 8, 9, 12-16<br><br>'806 Patent Prosecution History<br>• 2002/10/09 Amendment, e.g., pp. 2-7.<br>• 2003/09/08 Appeal Brief, e.g., pp. 2-3.<br>• 2004/02/18 Amendment, e.g., pp. 1-2.<br>• 2004/07/28 Appeal Brief, e.g., pp. 2-3.<br>• 2005/01/05 Amendment, e.g., pp. 1-2.<br>• 2005/09/01 Appeal Brief, e.g., pp. 3-5.<br>• 2006/08/18 Appeal Brief, e.g., pp. 3-5.<br>• 2008/09/24 Amendment, e.g., pp. 1-12. | interpreting a file of unknown format<br><br>**Intrinsic Evidence**<br>claim language, 2:64 to 3:2; PHILIPS00006131–36, PHILIPS00006154–57, PHILIPS0006170–75, PHILIPS0006218–26, PHILIPS00006260–68 |
| means for parsing a control information file<br><br>(claims 12, 13, and 15) | Subject to 35 U.S.C. § 112, ¶ 6.<br><br>Function:<br>parsing a control information file<br><br>Structure: | Means plus function.<br><br>Function: parsing a control information file<br><br>No adequate corresponding structure disclosed in the specification. |

| | | |
|---|---|---|
| | single-purpose media player or multipurpose computing device programmed with software to perform the function, such as the algorithm disclosed in Fig. 1 and at 2:53-3:2.<br><br>**Intrinsic Evidence**<br>'806 patent and prosecution history, including:<br><br>'806 Patent<br>• Figs. 1-2; Columns 2:3-7, 2:10-12, 2:20-38, 2:40-47, 2:53-3:2, 3:44-61, 4:26-44; Claims 12-16<br><br>'806 Patent Prosecution History<br>• 2002/10/09 Amendment, e.g., pp. 2-7.<br>• 2003/09/08 Appeal Brief, e.g., pp. 2-3.<br>• 2004/02/18 Amendment, e.g., pp. 1-2.<br>• 2004/07/28 Appeal Brief, e.g., pp. 2-3.<br>• 2005/01/05 Amendment, e.g., pp. 1-2.<br>• 2005/09/01 Appeal Brief, e.g., pp. 3-5.<br>• 2006/08/18 Appeal Brief, e.g., pp. 3-5.<br>• 2008/09/24 Amendment, e.g., pp. 1-12. | **Intrinsic Evidence**<br>claim language; 2:64 to 3:2; PHILIPS00006131–36, PHILIPS00006154–57, PHILIPS0006170–75, PHILIPS0006218–26, PHILIPS00006260–68 |
| means for parsing, based on parsing of the control information file: identifying multiple alternative files corresponding | Subject to 35 U.S.C. § 112, ¶ 6.<br><br>Function: | Means plus function.<br><br>Function: parsing, based on parsing of the |

| | | |
|---|---|---|
| to a give segment of the media presentation; determining which file of the multiple alternative files to retrieve based on system constraints; retrieving the determined file of the multiple alternative files to begin a media presentation<br><br>(claims 12, 13, and 15) | identifying multiple alternative files corresponding to a given segment of the media presentation; determining which file of the multiple alternative files to retrieve based on system constraints; retrieving the determined file of the multiple alternative files to begin a media presentation<br><br>Structure:<br>dedicated media player or multipurpose computing device programmed with software to perform the function, such as the algorithm in Fig. 1, and at 2:53-3:61, 4:20-26.<br><br>**Intrinsic Evidence**<br>'806 patent and prosecution history, including:<br><br>'806 Patent<br>• Abstract; Figs. 1-2; Columns 1:62-2:38, 2:40-47, 2:53-4:14, 4:20-44; Claims 12-16<br><br>'806 Patent Prosecution History<br>• 2002/10/09 Amendment, e.g., pp. 2-7.<br>• 2003/09/08 Appeal Brief, e.g., pp. 2-3.<br>• 2004/02/18 Amendment, e.g., pp. 1-2.<br>• 2004/07/28 Appeal Brief, e.g., pp. 2-3.<br>• 2005/01/05 Amendment, e.g., pp. 1- | control information file: identifying multiple alternative files corresponding to a given segment of the media presentation; determining which file of the multiple alternative files to retrieve based on system constraints; retrieving the determined file of the multiple alternative files to begin a media presentation.<br><br>No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>claim language; 2:64 to 3:2; PHILIPS00006131–36, PHILIPS00006154–57, PHILIPS0006170–75, PHILIPS0006218–26, PHILIPS00006260–68, PHILIPS00006315–21, PHILIPS00006331–32, PHILIPS00006335–39 |

| | | |
|---|---|---|
| | 2.<br>• 2005/09/01 Appeal Brief, e.g., pp. 3-5.<br>• 2006/08/18 Appeal Brief, e.g., pp. 3-5.<br>• 2008/09/24 Amendment, e.g., pp. 1-12. | |

## V.     '797 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| gravitation-controlled sensor<br><br>(claims 1 and 6) | gravitation-controlled sensor that measures acceleration<br><br>**Intrinsic Evidence**<br>'797 patent and prosecution history, including:<br><br>'797 Patent:<br>• Figs. 1, 2, 4; Columns 1:11, 1:29-37, 1:51-54, 1:64-66, 2:56-3:28, 3:63-67, 4:1-14; Claims 1, 6, 11.<br><br>'797 Patent Prosecution History:<br>• 1998/05/22 Amendment/Argument after Notice of Appeal, e.g., pp. 2-6.<br>• 1998/08/18 Non-Final Rejection, e.g., pp. 2-3.<br>• 1998/10/26 Response after Non-Final Action, e.g., pp. 2-5.<br>• 1999/01/12 Notice of Allowance.<br>• 1999/04/15 Amendment after Notice of Allowance, e.g., pp. 1-2.<br>• 1999/05/05 Response to 312 Amendment.<br>• U.S. Patent No. 5,526,022 to Donohue, e.g., Abstract; Columns 2:15-3:51. | sensor responsive to gravity<br><br>**Intrinsic Evidence**<br>claim language, Abstract, Fig. 1 (refs. 34, 36, 38, 40), Fig. 5, 1:1–5, 1:8–14, 1:62–64, 2:56 to 3:12, 4:15–26 |
| acceleration based motion pattern | a pattern of motion which reflects acceleration | motion proportional to the sensed screen motion, as if the user's manipulation of the |

| | | |
|---|---|---|
| (claims 1 and 6) | **Intrinsic Evidence**<br>'797 patent and prosecution history, including:<br><br>'797 Patent:<br>&bull; Abstract; Fig. 3, 4; Columns 1:29-48, 1:64-66, 3:63-67, 4:1-14; Claims 1, 6, 11.<br><br>'797 Patent Prosecution History:<br>&bull; 1998/05/22 Amendment/Argument after Notice of Appeal, e.g., pp. 3-6.<br>&bull; 1998/08/18 Non-Final Rejection, e.g., pp. 2-3.<br>&bull; 1998/10/26 Response after Non-Final Action, e.g., pp. 2-5.<br>&bull; 1999/01/12 Notice of Allowance.<br>&bull; 1999/04/15 Amendment after Notice of Allowance, e.g., pp. 1-2.<br>&bull; 1999/05/05 Response to 312 Amendment. | screen were instead manipulating the objects<br>**Intrinsic Evidence**<br>claim language, Abstract, 1:29–34, 1:34–48, 2:3–8, 2:34–35, 3:32–67, PHILIPS00004214–17, PHILIPS00004231–32 |
| wherein said motion is nonuniform in time under control of a static said orientation of the screen means<br><br>(claim 6) | wherein the acceleration based motion pattern changes over time while the screen means is stationary<br><br>**Intrinsic Evidence**<br>'797 patent and prosecution history, including:<br><br>'797 Patent:<br>&bull; Abstract; Figs. 3, 4; Columns 1:29-48; 1:64-66 3:43-67, 4:1-14, 4:26-35; Claims 6, 8. | Plain meaning.<br><br>**Intrinsic Evidence**<br>claim language, Figs. 3–5, 3:32–67, 4:1–6, 4:23–26 |

| | '797 Patent Prosecution History:<br>• 1998/05/22 Amendment/Argument after Notice of Appeal, e.g., pp. 2-5. | |
|---|---|---|
| programmed calculating means for under control of a screen motion sensed by said sensing means imparting an acceleration based motion pattern to a predetermined selection among said objects<br><br>(claims 1 and 6) | Subject to 35 U.S.C. § 112, ¶ 6.<br><br>Function:<br>receiving screen motion information and imparting an acceleration based motion pattern to one or more or all displayed objects<br><br>Structure:<br>a computer program that performs an algorithm for imparting an acceleration based motion pattern, such as those disclosed in Figs. 3-5 and at 3:32-4:39.<br><br>**Intrinsic Evidence**<br>'797 patent and prosecution history, including:<br><br>'797 Patent:<br>• Figs. 3-5; Columns 1:54-56, 2:42-49, 3:32-4:39; Claims 1, 5, 6, 11.<br><br>'797 Patent Prosecution History:<br>• 1998/05/22 Amendment/Argument after Notice of Appeal, e.g., pp. 4-6. | Means plus function.<br><br>Function: imparting an acceleration based motion pattern to a predetermined selection among said objects<br><br>No adequate corresponding structure disclosed in the specification<br><br>**Intrinsic Evidence**<br>claim language |
| said sensing means<br><br>(claims 1 and 6) | Refers to "gravitation-controlled sensor" in claim 1.  Same construction.<br><br>**Intrinsic Evidence**<br>'797 patent and prosecution history, | Indefinite.<br><br>**Intrinsic Evidence**<br>claim language |

17

| | | |
|---|---|---|
| | including:<br><br>'797 Patent:<br>• Figs. 1, 2, 4; Columns 1:11, 1:29-37, 1:64-66, 3:1-11, 3:13-20, 3:63-67, 4:1-14; Claims 1, 3, 6, 11.<br><br>'797 Patent Prosecution History:<br>• 1998/05/22 Amendment/Argument after Notice of Appeal, e.g., pp. 2-6.<br>• 1998/08/18 Non-Final Rejection, e.g., pp. 2-3.<br>• 1998/10/26 Response after Non-Final Action, e.g., pp. 2-5.<br>• 1999/01/12 Notice of Allowance.<br>• 1999/04/15 Amendment after Notice of Allowance, e.g., pp. 1-2.<br>• 1999/05/05 Response to 312 Amendment.<br>• U.S. Patent No. 5,526,022 to Donohue, e.g., Abstract; Columns 2:15-3:51. | |

## VI.   '695 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| decoding means for decoding at least one signal portion and for decoding a signal portion into a portion of the digital information signal and to supply the portion of a digital information signal depending on a control signal of a first type and to supply a signal portion as a portion of the digital information signal in a substantially unmodified form depending on a control signal of a second type<br><br>(claims 14, 15, and 17) | Subject to 35 U.S.C. § 112, ¶ 6:<br><br>Function:<br>decoding at least one signal portion by decoding a signal portion into a portion of a digital information signal and supplying the portion of the digital information signal depending on a control signal of a first type, and supplying a signal portion as a portion of the digital information signal in a substantially unmodified form depending on a control signal of a second type<br><br>Structure:<br>decoder and switch<br><br>**Intrinsic Evidence**<br>'695 patent and prosecution history, including:<br><br>'695 Patent:<br>• Figs. 1-2; Columns 2:9-21, 3:10-28, 3:32-4:40, 6:27-52; Claims 14, 15, 17. | Means plus function.<br><br>Function: decoding at least one signal portion and for decoding a signal portion into a portion of the digital information signal and to supply the portion of a digital information signal depending on a control signal of a first type and to supply a signal portion as a portion of the digital information signal in a substantially unmodified form depending on a control signal of a second type.<br><br>No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>claim language |
| demultiplexing means for deriving at least one signal portion from the composite signal and for deriving a first identification signal of a first type and a second type from the composite signal<br><br>(claims 14, 15, and 17) | Plain meaning.<br><br> If subject to 35 U.S.C. § 112, ¶ 6:<br><br>Function:<br>deriving at least one signal portion from the composite signal and for deriving a first | Means plus function.<br><br>Function: deriving at least one signal portion from the composite signal and for deriving a first identification signal of a first type and a second type from the composite signal. |

19

| | | |
|---|---|---|
| | identification signal, which is one of a first type and a second type, from the composite signal<br><br>Structure:<br>demultiplexer<br><br>**Intrinsic Evidence**<br>'695 patent and prosecution history, including:<br><br>'695 Patent:<br>  • Figs. 1-2; Columns 2:9-21, 3:10-28, 4:56-5:33, 5:64-7:6; Claims 14, 15, 17. | No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>claim language |
| means for generating the control signal for application to the decoding means including a control signal of the first type depending on the first identification signal of the first type<br><br>(claims 14, 15, and 17) | Subject to 35 U.S.C. § 112, ¶ 6:<br><br>Function:<br>generating the control signal for application to the decoding means including a control signal of the first type depending on the first identification signal of the first type<br><br>Structure:<br>identifier that performs the function, such as the algorithm disclosed at 6:16-7:6.<br><br>**Intrinsic Evidence**<br>'695 patent and prosecution history, including:<br><br>'695 Patent:<br>  • Figs. 1-2; Columns 2:9-21, 3:10-28, 4:41-5:65, 6:16-7:6; Claims 14, 15, | Means plus function.<br><br>Function: generating the control signal for application to the decoding means including a control signal of the first type depending on the first identification signal of the first type.<br><br>No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>claim language |

ME1 24200894v.1

|  | 17. |  |
|---|---|---|
| device for reading out a signal recorded on a record carrier<br><br>(claim 17) | Subject to 35 U.S.C. § 112, ¶ 6:<br><br>Function:<br>reading out a signal recorded on a record carrier<br><br>Structure:<br>reader<br><br>**Intrinsic Evidence**<br>'695 patent and prosecution history, including:<br><br>'695 Patent:<br>   • Fig. 4; Column 7:28-42; Claims 14, 15, 17. | Means plus function.<br><br>Function: reading out a signal recorded on a record carrier.<br><br>Structure: 7:28–42 and Fig. 4 block 402. Reader hardware with magnetic or optical read heads.<br><br>**Intrinsic Evidence**<br>claim language, 7:28–42, Fig. 4 block 402 |

## VII.   '819 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| certificate<br><br>(claims 1, 6, 8, 10, and 11) | information containing at least the entity's distinguishing identifier and public key, and signed by a certification authority to guard against forgery<br><br>**Intrinsic Evidence**<br>'819 patent and prosecution history, including:<br><br>'819 Patent:<br>• Figs. 2-3; Columns 1:41-50, 2:1-4, 3:10-33, 4:20-29, 4:54-5:3, 5:28-51; Claims 1, 4, 6, 10, 11, 13, 14, and 15.<br>• ISO 9798.<br>• ISO 11770.<br><br>'819 Patent Prosecution History:<br>• 2011/02/17 Rejection, e.g., pp. 2-20.<br>• 2011/09/14 Rejection, e.g., pp. 10, 16.<br>• 2012/01/05 Rejection, e.g., pp. 15, 20.<br>• 2012/08/31 Rejection, e.g., p. 23.<br>• 2013/01/04 Rejection, e.g., p. 26.<br>• 2013/05/20 Notice of Allowability, e.g., pp. 2-16.<br>• Protocols for Authentication and Key Establishment, e.g., p. 118.<br>• WO 97/39553, e.g., p. 6. | a digital credential that identifies a device as complying with a set of predefined compliance rules<br><br>**Intrinsic Evidence**<br>claim language including claim 5, 3:10–16, 3:24–27, 3:28–33, 4:60–65, 5:1–3, 5:28–59; PHILIPS00006441–42, PHILIPS00006471–73, PHILIPS00006482–87, PHILIPS00006512–17, PHILIPS00006538–40, PHILIPS00006542–44, PHILIPS00006559–61, PHILIPS00006585–86, PHILIPS00006597–99, PHILIPS00006633–35, PHILIPS00006640–45, PHILIPS00006985–89, PHILIPS00007035–36, PHILIPS00007050, PHILIPS00007051–58, PHILIPS00007094–98, PHILIPS00007127–41 |

| | | |
|---|---|---|
| | • Digital Transmission Content Protection White Paper, e.g., p. 7. | |
| securely [shares/sharing] the common secret with the second device according to a key management protocol<br><br>(claims 1, 6, 8) | securely [transmits/transmitting] the common secret with the second device according to a key management protocol<br><br>**Intrinsic Evidence**<br>'819 patent and prosecution history, including:<br><br>'819 Patent:<br>• Figs. 2-3; Columns 3:10-27, 3:64-4:3, 4:20-29, 4:54-5:15, 5:28-59, 5:63-67; Claims 1, 5, 6, 8, 10, 11, 13, 14, and 15.<br>• ISO 9798.<br>• ISO 11770.<br><br>'819 Patent Prosecution History:<br>• 2011/07/18 Amendment, e.g., pp. 2-12.<br>• 2011/12/14 Amendment, e.g., pp. 2-12.<br>• Protocols for Authentication and Key Establishment, e.g., pp. 116-120, 195-196.<br>• 2012/01/05 Final Rejection, e.g., pp. 2-21.<br>• 2012/03/01 Amendment, e.g., pp. 2-18.<br>• 2012/05/10 Notice of Allowance, e.g., pp. 2-10.<br>• 2012/06/01 Request for Continued Examination, e.g., pp. 1-11. | shares the common secret with the second device using either a key transport protocol or a key agreement protocol<br><br>**Intrinsic Evidence**<br>claim language including claim 5, 3:24–27, 5:1–3, 5:28–59; PHILIPS00006441–42, PHILIPS00006471–73, PHILIPS00006482–87, PHILIPS00006512–17, PHILIPS00006538–40, PHILIPS00006542–44, PHILIPS00006559–61, PHILIPS00006585–86, PHILIPS00006597–99, PHILIPS00006633–35, PHILIPS00006640–45, PHILIPS00006985–89, PHILIPS00007035–36, PHILIPS00007050, PHILIPS00007051–58, PHILIPS00007094–98, PHILIPS00007127–41 |

|  |  |  |
|---|---|---|
|  | <ul><li>2012/08/31 Rejection, e.g., pp. 2-26.</li><li>2012/11/30 Amendment, e.g., pp. 2-18.</li><li>2013/01/04 Rejection, e.g., pp. 2-30.</li><li>2013/03/01 Amendment after Final Rejection, e.g., pp. 2-22.</li><li>2013/03/11 Advisory Action, e.g., p. 2.</li><li>2013/05/20 Notice of Allowability, e.g., pp. 2-16.</li></ul> |  |
| means for securely sharing a common secret with the second communication device after the second communication device is authenticated<br><br>(claims 10 and 11) | Subject to 35 U.S.C. § 112, ¶ 6.<br><br>Function:<br>securely transmitting a common secret with the second communication device after the second communication device is authenticated as complying with a set of predefined compliance rules<br><br>Structure:<br>transmitter and microprocessor programmed with software to perform the function, such as the algorithms disclosed at 4:65-5:3, 5:28-59, and all key management protocols that require the secure transmission of a secret that are disclosed in ISO 9798 and ISO 11770.<br><br>**Intrinsic Evidence**<br>'819 patent and prosecution history, including:<br><br>'819 Patent:<br><ul><li>Figs. 2-4; Columns 1:41-50, 3:10-27,</li></ul> | Means plus function.<br><br>Function: securely sharing a common secret with the second communication device.<br><br>No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>3:24–27, 5:1–3; 6:29–33; PHILIPS00006441–42, PHILIPS00006471–73, PHILIPS00006482–87, PHILIPS00006512–17, PHILIPS00006538–40, PHILIPS00006542–44, PHILIPS00006559–61, PHILIPS00006585–86, PHILIPS00006597–99, PHILIPS00006633–35, PHILIPS00006640–45, PHILIPS00006985–89, PHILIPS00007035–36, PHILIPS00007050, PHILIPS00007051–58, PHILIPS00007094–98, PHILIPS00007127–41 |

3:64-4:3, 4:20-29, 4:54-5:15, 5:28-59, 5:63-6:36; Claims 1, 5, 6, 8, 10, 11, 13, 14, and 15.
- ISO 9798.
- ISO 11770.

'819 Patent Prosecution History:
- 2009/07/24 Preliminary Amendment, e.g., pp. 1-5.
- 2011/07/18 Amendment, e.g., pp. 2-12.
- 2011/12/14 Amendment, e.g., pp. 2-12.
- Protocols for Authentication and Key Establishment, e.g., pp. 116-20, 195-196.
- 2012/01/05 Final Rejection, e.g., pp. 2-21.
- 2012/03/01 Amendment, e.g., pp. 2-18.
- 2012/05/10 Notice of Allowance, e.g., pp. 2-10.
- 2012/06/01 Request for Continued Examination, e.g., pp. 1-11.
- 2012/08/31 Rejection, e.g., pp. 2-26.
- 2012/11/30 Amendment, e.g., pp. 2-18.
- 2013/01/04 Rejection, e.g., pp. 2-30.
- 2013/03/01 Amendment after Final Rejection, e.g., pp. 2-22.
- 2013/03/11 Advisory Action, e.g., p. 2.
- 2013/05/20 Notice of Allowability, e.g., pp. 2-16.

| | | |
|---|---|---|
| means for generating a third signal using said common secret<br><br>(claim 10 and 11) | Subject to 35 U.S.C. § 112, ¶ 6.<br><br>Function:<br>generating a third signal using said common secret<br><br>Structure:<br>microprocessor programmed with software to perform the function, such as the algorithm disclosed in Fig. 3 and at 5:63-6:13.<br><br>**Intrinsic Evidence**<br>'819 patent and prosecution history, including:<br><br>'819 Patent:<br>• Figs. 2-4; Columns 2:31-45, 2:53-3:2, 4:4-16, 4:20-29, 4:54-5:15, 5:63-6:13, 6:27-36; Claims 1, 10, 13, and 14.<br><br>'819 Patent Prosecution History:<br>• 2009/07/24 Preliminary Amendment, pp. 1-5.<br>• 2012/05/10 Notice of Allowance, e.g., pp. 2-10.<br>• 2013/05/20 Notice of Allowability,e.g., pp. 2-16. | Means plus function.<br><br>Function: generating a third signal using said common secret.<br><br>No adequate corresponding structure disclosed in the specification.<br><br>**Intrinsic Evidence**<br>6:29–33 |
| predefined interval<br><br>(claims 1, 6, 8, 10, and 11) | a time interval selected to ensure that the first and second communication devices are sufficiently near one another to permit access to the protected content | Plain meaning.<br><br>**Intrinsic Evidence**<br>claim language; PHILIPS00006722–32 |

|  | **Intrinsic Evidence**<br>'819 patent and prosecution history, including:<br><br>'819 Patent:<br>&bull; Title, Abstract; Figs. 1-3; Columns 1:4-15, 1:59-64, 2:1-55, 3:10-12, 3:34-44, 3:49-4:16, 4:20-5:18, 5:22-23, 5:60-6:28; Claims 1, 2, 10, 12, 13, 14, and 16.<br><br>'819 Patent Prosecution History:<br>&bull; 2009/07/24 Preliminary Amendment, e.g., pp. 1-5.<br>&bull; 2012/06/01 Request for Continued Examination, e.g., pp. 1-11.<br>&bull; 2012/08/31 Rejection, e.g., pp. 2-26.<br>&bull; 2012/11/30 Amendment, e.g., pp. 2-18.<br>&bull; 2013/01/04 Rejection, e.g., pp. 2-30.<br>&bull; 2013/03/11 Amendment, e.g., pp. 2-22.<br>&bull; 2013/05/20 Notice of Allowability, e.g., pp. 2-16. |  |
|---|---|---|

27

## VIII.   '809 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| certificate<br><br>(claims 1-4, 6, 9, 11, 14, 34-37, 41, 43, 46, 49, 52-55, 58-60) | information containing at least the entity's distinguishing identifier and public key, and signed by a certification authority to guard against forgery<br><br>**Intrinsic Evidence**<br>'809 patent and prosecution history, including:<br><br>'809 Patent:<br>• Figs. 2-3; Columns 1:65-2:7, 2:26-29, 3:37-61, 4:48-58, 5:19-35, 5:60-6:12; Claims 1, 11-13, 17, 23, 27, 34, 43-45, 49, 55.<br>• ISO 9798.<br>• ISO 11770.<br><br>'819 Patent Prosecution History:<br>• 2011/02/17 Rejection, e.g., pp. 2-20.<br>• 2011/09/14 Rejection, e.g., pp. 10, 16.<br>• 2012/01/05 Rejection, e.g., pp. 15, 20.<br>• 2012/08/31 Rejection, e.g., p. 23.<br>• 2013/01/04 Rejection, e.g., p. 26.<br>• 2013/05/20 Notice of Allowability, e.g., pp. 2-16.<br>• Protocols for Authentication and Key Establishment, e.g., p. 118.<br>• WO 97/39553, e.g., p. 6. | a digital credential that identifies a device as complying with a set of predefined compliance rules<br><br>**Intrinsic Evidence**<br>claim language including claim 5, 3:37–44, 3:52–55, 3:56–61, 5:25–30, 5:33–35, 5:60 to 6:20; PHILIPS00006441–42, PHILIPS00006471–73, PHILIPS00006482–87, PHILIPS00006512–17, PHILIPS00006538–40, PHILIPS00006542–44, PHILIPS00006559–61, PHILIPS00006585–86, PHILIPS00006597–99, PHILIPS00006633–35, PHILIPS00006640–45, PHILIPS00006985–89, PHILIPS00007035–36, PHILIPS00007050, PHILIPS00007051–58, PHILIPS00007094–98, PHILIPS00007127–41 |

ME1 24200894v.1

| | | |
|---|---|---|
| | • Digital Transmission Content Protection White Paper, e.g., p. 7. | |
| [provide/providing] the secret to the second device<br><br>(claims 4, 6 and 37) | transmit/transmitting the secret to the second device<br><br>**Intrinsic Evidence**<br>'809 patent and prosecution history, including:<br><br>'809 Patent:<br>• Figs. 2-3; Columns 3:36-55, 4:25-31, 4:48-58, 5:19-47, 5:60-6:20, 6:25-29; Claims 1, 4-8, 34, and 37-40.<br>• ISO 9798.<br>• ISO 11770.<br><br>'819 Patent Prosecution History:<br>• 2011/07/18 Amendment, e.g., pp. 2-12.<br>• 2011/09/14 Non-Final Rejection, pp. 2-11.<br>• 2011/12/14 Amendment, e.g., pp. 2-12.<br>• Protocols for Authentication and Key Establishment, e.g., pp. 116-20, 195-196.<br>• 2012/01/05 Final Rejection, e.g., pp. 2-21.<br>• 2012/03/01 Amendment, e.g., pp. 2-18.<br>• 2012/05/10 Notice of Allowance, e.g., pp. 2-10.<br>• 2012/06/01 Request for Continued Examination, e.g., pp. 1-11. | [share/sharing] the common secret with the second device using either a key transport protocol or a key agreement protocol<br><br>**Intrinsic Evidence**<br>claim language including claim 5, 1:17–25, 3:52–55, 5:33–35, 5:60 to 6:20; PHILIPS00006441–42, PHILIPS00006471–73, PHILIPS00006482–87, PHILIPS00006512–17, PHILIPS00006538–40, PHILIPS00006542–44, PHILIPS00006559–61, PHILIPS00006585–86, PHILIPS00006597–99, PHILIPS00006633–35, PHILIPS00006640–45, PHILIPS00006985–89, PHILIPS00007035–36, PHILIPS00007050, PHILIPS00007051–58, PHILIPS00007094–98, PHILIPS00007127–41 |

| | | |
|---|---|---|
| | • 2012/08/31 Rejection, e.g., pp. 2-26.<br>• 2012/11/30 Amendment, e.g., pp. 2-18.<br>• 2013/01/04 Rejection, e.g., pp. 2-30.<br>• 2013/03/01 Amendment after Final Rejection, e.g., pp. 2-22.<br>• 2013/03/11 Advisory Action, e.g., p. 2.<br>• 2013/05/20 Notice of Allowability, e.g., pp. 2-16. | |
| predetermined time<br><br>(claims 1-4, 6, 9, 11, 14, 34-37, 41, 43, 46, 49, 52-55, 58-60) | a time interval selected to ensure that the first and second communication devices are sufficiently near one another to permit access to the protected content<br><br>**Intrinsic Evidence**<br>'809 patent and prosecution history, including:<br><br>'809 Patent:<br>• Title, Abstract; Figs. 1-3; Columns 1:17-36, 2:17-3:14, 3:37-39, 3:62-4:5, 4:10-44, 4:48-5:59, 6:25-61; Claims 1, 14, 17, 24, 27, 34, 46, 49, and 55.<br><br>'819 Patent Prosecution History:<br>• 2009/07/24 Preliminary Amendment, e.g., pp. 1-5.<br>• 2012/06/01 Request for Continued Examination, e.g., pp. 1-11.<br>• 2012/08/31 Rejection, e.g., pp. 2-26.<br>• 2012/11/30 Amendment, e.g., pp. 2-18. | Plain meaning.<br><br>**Intrinsic Evidence**<br>claim language |

| | | |
|---|---|---|
| | <ul><li>2013/01/04 Rejection, e.g., pp. 2-30.</li><li>2013/03/11 Amendment, e.g., pp. 2-22.</li><li>2013/05/20 Notice of Allowability, e.g., pp. 2-16.</li></ul> | |

## IX.    '114 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| sequentially applying a narrow-band decoder, an up-sampler and a low-pass filter to the first coded signal<br><br>(claim 20) | applying a narrow-band decoder, an up-sampler and a low-pass filter to the first coded signal one at a time<br><br>**Intrinsic Evidence**<br>'114 patent and prosecution history, including:<br><br>'114 Patent:<br><ul><li>Abstract; Figs. 1-3; Columns 1:24-31, 2:7-34, 2:51-52, 2:66-3:33, 4:8-15, 4:55-67, 5:1-48, 6:18-34; Claims 2, 4, 5, 10, 11, 18, and 20.</li></ul><br>'114 Patent Prosecution History:<br><ul><li>2003/07/01 Amendment and Response, e.g., pp. 5-13.</li><li>2003/09/22 Final Rejection, e.g., pp. 4-8.</li><li>2003/11/20 Amendment and Response, e.g., pp. 4-15.</li><li>2004/02/17 Appeal Brief, e.g., pp. 1-25.</li><li>2004/03/16 Notice of Allowability, e.g., pp. 2-3.</li></ul> | applying to the first coded signal: a narrow-band decoder, followed by an up-sampler, followed by a low-pass filter<br><br>**Intrinsic Evidence**<br>claim language, Fig. 3, 5:1 to 6:16; PHILIPS00005570–83 |
| sequentially applies a high-pass filter, a LPC synthesis filter and an amplifier to a noise signal<br><br>(claim 20) | applies a high-pass filter, a LPC synthesis filter and an amplifier to a noise signal one at a time<br><br>**Intrinsic Evidence** | applying to a noise signal: a high-pass filter, followed by a LPC synthesis filter, followed by an amplifier<br><br>**Intrinsic Evidence** |

| | | |
|---|---|---|
| | '114 patent and prosecution history, including:<br><br>'114 Patent:<br>• Abstract; Figs. 1-3; Columns 1:24-31, 2:7-34, 2:51-52, 2:66-3:33, 4:8-15, 4:55-67, 5:1-48, 6:18-34; Claims 2, 4, 5, 10, 11, 18, and 20.<br><br>'114 Patent Prosecution History:<br>• 2003/07/01 Amendment and Response, e.g., pp. 5-13.<br>• 2003/09/22 Final Rejection, e.g., pp. 4-8.<br>• 2003/11/20 Amendment and Response, e.g., pp. 4-15.<br>• 2004/02/17 Appeal Brief, e.g., pp. 1-25.<br>• 2004/03/16 Notice of Allowability, e.g., pp. 2-3. | claim language, Fig. 3, 5:1 to 6:16; PHILIPS00005570–83 |

## X.    '564 Patent

| Term | Philips' Proposed Construction and Identification of Supporting Evidence | Defendants' Proposed Construction and Identification of Supporting Evidence |
|---|---|---|
| facilitating a selection of a feature<br><br>(claims 1-5 and 7) | enabling selection of a feature to occur while it is displayed at the second scale<br><br>**Intrinsic Evidence**<br>'856 patent, '564 patent and prosecution history, including:<br><br>'856 Patent:<br>• Abstract; Figs. 1, 2; Columns 1:35-2:8, 2:57-3:15, 3:24-36.<br><br>'564 Patent:<br>• Abstract; Fig. 2; Columns 1:4-25, 2:8-39, 3:40-56, 4:16-31; Claim 1.<br><br>'564 Patent Prosecution History:<br>• 2002/05/13 Amendment and Remarks, e.g., pp. 5-7.<br>• 2002/05/30 Notice of Allowability, e.g., pp. 2-5.<br><br>WO 99/54807:<br>• E.g., Figs. 1a, 1b, 2a, 2b; pp. 2-4. | Plain meaning.<br><br>Alternatively: enabling or assisting selection of a feature<br><br>**Intrinsic Evidence**<br>claim language, Abstract, Fig. 2, 2:13–23, 2:24–30, 2:51–58, 2:63 to 3:2, 3:40–44, 4:47–56, 4:57–62; PHILIPS00004654–59 |
| feature<br><br>(claims 1-5 and 7) | a selectable item comprising data received from the wireless modem<br><br>**Intrinsic Evidence**<br>'564 patent and prosecution history, including: | Plain meaning.<br><br>**Intrinsic Evidence**<br>claim language, Abstract, Fig. 2, 2:13–23, 2:24–30, 2:51–58, 2:63 to 3:2, 3:40–44, 4:47–56, 4:57–62; PHILIPS00004654–59 |

ME1 24200894v.1

| | | |
|---|---|---|
| | '564 Patent:<br>- Title; Abstract; Field of the Invention; Fig. 1; Columns 1:4-25, 2:24-3:2, 3:33-34, 3:40-58, 4:11-31, 5:33-48; Claims 1, 3-5.<br><br>Patent Prosecution History:<br>- 2002/05/30 Notice of Allowability, e.g., pp. 2-5. | |

ME1 24200894v.1