IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs/Intervenor-<br>      Defendants/Counterclaim<br>      Plaintiffs in Intervention,<br><br>      v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-1170 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSEQUENT DEVELOPMENTS
IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

Pursuant to D. Del. LR 7.1.2(b), Defendants Acer Inc. and Acer America Corporation (collectively, "Acer") hereby provide this notice of subsequent authority relating to the pending Motion to Stay Pending *Inter Partes* Review (D.I. 114) ("the Motion").[1]  The Motion seeks a stay of this and related cases pending resolution of ten IPR petitions that non-party Google Inc. ("Google") filed between December 5 and December 9, 2016.  Motion at 8.

Acer files this notice to inform the Court that on February 9 and 10, 2017, HTC filed three additional IPR petitions concerning three asserted patents that Google's IPRs do not address:  U.S. Patent Nos. 5,910,797, 6,522,695, and RE44,006.[2]  Thus, whereas the Motion argued (based upon the facts available at that time) that the IPRs could obviate the need to address "six of the asserted patents and five of the nine separate functionalities" at issue (Motion at 8), as well as "37 of the 67 asserted claims" (Motion at 14), as of February 13, 2017, the now-

---

[1] Defendants HTC Corp. and HTC America, Inc. joined the Motion on January 27, 2017 (D.I. 88, C.A. No. 15-1126).

[2] Copies of HTC's new petitions are attached hereto as Exhibits A-C.

- 2 -

pending IPRs actually cover *nine* of the eleven patents, *eight* of the nine separate functionalities, and *forty-three* of the sixty-seven asserted claims at issue in Philips' cases against HTC and the other defendants in the related Philips cases.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

OF COUNSEL:

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

February 14, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |

- 2 -

Chad S. Campbell, Esquire  *VIA ELECTRONIC MAIL*
Jared W. Crop, Esquire
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Judith Jennison, Esquire  *VIA ELECTRONIC MAIL*
Christina McCullough, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Michelle Berger, Esquire  *VIA ELECTRONIC MAIL*
PERKINS COIE LLP
11988 El Camino Real Suite 350
San Diego, CA  92130-2594
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)