IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs/Intervenor-<br>      Defendants/Counterclaim<br>      Plaintiffs in Intervention,<br><br>      v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>      Defendants,<br><br>  and<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff/<br>      Counterclaim Defendant in<br>      Intervention,<br><br>  and<br><br>MICROSOFT MOBILE INC.,<br><br>      Counterclaim Defendant in<br>      Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1170 (GMS) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Defendants Acer, Inc. and Acer America Corp. hereby move for the withdrawal of the law firm of Alston & Bird as counsel of record for the Acer defendants. The Acer defendants continue to be represented by the undersigned as Delaware counsel, as well as counsel from Warren Lex LLP and from TechKnowledge Law Group LLP, who have previously appeared in this action.

The Acer defendants have been advised in writing of the withdrawal and consent to the withdrawal. Likewise, Philips' counsel has been advised of the withdrawal and indicated that they do not oppose this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

OF COUNSEL:

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200

March 1, 2017

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 1, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Chad S. Campbell, Esquire<br>Jared W. Crop, Esquire<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Judith Jennison, Esquire<br>Christina McCullough, Esquire<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Michelle Berger, Esquire<br>PERKINS COIE LLP<br>11988 El Camino Real Suite 350<br>San Diego, CA  92130-2594<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |

                                                */s/ Rodger D. Smith II*

                                                Rodger D. Smith II (#3778)