IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 15-1125 (GMS) |
| ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL, | )<br>)<br>) | |
| Defendants. | )<br>) | |
| MICROSOFT CORPORATION, | )<br>) | |
| Intervenor-Plaintiff, | )<br>) | |
| v. | )<br>) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) | |
| Intervenor-Defendants. | )<br>) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | )<br>)<br>) | |
| Intervenor-Defendants/Counterclaim<br>Plaintiffs in Intervention, | )<br>)<br>) | |
| v. | )<br>) | |
| MICROSOFT CORPORATION, | )<br>) | |
| Intervenor-Plaintiff/Counterclaim<br>Defendant in Intervention, | )<br>)<br>) | |
| AND | )<br>) | |
| MICROSOFT MOBILE INC., | )<br>) | |
| Counterclaim Defendant in<br>Intervention. | )<br>)<br>) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>              v.<br><br>HTC CORP. and HTC AMERICA, Inc.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-1126 (GMS)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>              v.<br><br>VISUAL LAND, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-1127 (GMS)<br>)<br>)<br>)<br>)<br>) |
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>             v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention,<br><br>             v.<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| AND<br>MICROSOFT MOBILE Inc.,<br><br>    Counterclaim Defendant in<br>    Intervention.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>                v.<br><br>SOUTHERN TELECOM, INC.,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-1128 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>                v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD., and<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-1130 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>                v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br>     Intervenor-Defendants/Counterclaim <br>     Plaintiffs in Intervention, <br><br>         v. <br><br> MICROSOFT CORPORATION, <br><br>     Intervenor-Plaintiff/Counterclaim <br>     Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br>     Counterclaim Defendant in <br>     Intervention. <br> _____ <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br>     Plaintiffs, <br><br>         v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br>     Defendant. <br> _____ <br> MICROSOFT CORPORATION, <br><br>     Intervenor-Plaintiff, <br><br>         v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br>     Intervenor-Defendants. <br> _____ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> C.A. No. 15-1131 (GMS) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br>     Intervenor-Defendants/Counterclaim <br>     Plaintiffs in Intervention, <br><br>     v. <br><br> MICROSOFT CORPORATION, <br><br>     Intervenor-Plaintiff/Counterclaim <br>     Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br>     Counterclaim Defendant in <br>     Intervention. <br> _____ <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br>     Plaintiffs, <br><br>     v. <br><br> ACER INC. and <br> ACER AMERICA CORPORATION, <br><br>     Defendants. <br> _____ <br> MICROSOFT CORPORATION, <br><br>     Intervenor-Plaintiff, <br><br>     v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br>     Intervenor-Defendants. <br> _____ <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | C.A. No. 15-1170 (GMS) |

|  |  |
|---|---|
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) |
| AND | ) ) |
| MICROSOFT MOBILE INC., | ) ) |
| Counterclaim Defendant in Intervention. | ) ) ) |

## NOTICE OF DEPOSITION OF JAN VAN EE

PLEASE TAKE NOTICE that, under Rules 26 and 30 of the Federal Rules of Civil Procedure, and the agreement of the parties, Defendants in the above-captioned actions and Intervenor-Plaintiff Microsoft Corporation will take the oral deposition of Jan Van Ee, before a notary public or other such officer authorized by law to administer oaths.

The deposition will commence at 9:00 a.m., Pacific Standard Time, on March 6, 2017, at the law offices of Fitzpatrick, Cella, Harper and Scinto, 650 Town Center Drive, Suite 1600, Costa Mesa, California, and will continue from day to day until completed. The deposition will be recorded by stenographic and videographic means.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Adam W. Poff* |
| Rodger D. Smith II (#3778)<br>Eleanor G. Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>etennyson@mnat.com | Adam W. Poff (#3990)<br>Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>agaza@ycst.com<br>swilson@ycst.com |
| OF COUNSEL: | *Attorneys for Defendant Visual Land, Inc.* |
| Matt Warren<br>Patrick M. Shields<br>Brian Wikner<br>Erika Mayo<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, CA 94114 | |
| *Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International* | |
| Kai Tseng<br>Craig Kaufman<br>James Lin<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065. | |
| *Attorneys for Defendants Acer, Inc., Acer America Corporation* | |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Karen E. Keller* | */s/ Robert M. Vrana* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com | Karen L. Pascale (#2903)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com |
| OF COUNSEL:<br><br>John Schnurer<br>Kevin Patariu<br>Ryan Hawkins<br>Louise Lu<br>Vinay Sathe<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5700<br><br>Ryan McBrayer<br>Jonathan Putman<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>(206) 359-8000<br><br>*Attorneys for Defendants HTC Corp. and HTC America, Inc.* | OF COUNSEL:<br><br>P. Andrew Blatt<br>WOOD HERRON & EVANS LLP<br>2700 Carew Tower<br>Cincinnati, OH 45202<br>(513) 241-2324<br><br>*Attorneys for Defendant Southern Telecom, Inc.* |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Karen Jacobs* | */s/ Karen E. Keller* |
| Karen Jacobs (# 2881)<br>Mirco J. Haag (#6165)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>mhaag@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com |
| OF COUNSEL: | OF COUNSEL: |
| Bryan G. Harrison<br>LOCKE LORD LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 1200<br>Atlanta, GA 30305<br>(404) 870-4629 | Lucian C. Chen<br>Wing K. Chiu<br>LUCIAN C. CHEN, ESQ. PLLC<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 710-3007 |
| *Attorneys for Defendants*<br>*Double Power Technology, Inc.,*<br>*Zowee Marketing Co., Ltd. and*<br>*Shenzen Zowee Technology Co., Ltd.* | *Attorneys for Defendant YiFang USA, Inc. D/B/A*<br>*E-Fun, Inc.* |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

---

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue
P.O. Box 1150
Wilmington DE 19899
(302) 504-3700
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

OF COUNSEL:

Chad Campbell
Jared W. Crop
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000

Judy Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

*Attorneys For Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

March 3, 2017

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 3, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)