IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>   **Plaintiffs/Intervenor-**<br>   **Defendants/Counterclaim**<br>   **Plaintiffs,**<br><br> v.<br><br>**ACER INC.,**<br>**ACER AMERICA CORPORATION,**<br><br>   **Defendants,**<br><br> and<br><br>**MICROSOFT CORPORATION,**<br><br>   **Intervenor-**<br>   **Plaintiff/Counterclaim**<br>   **Defendant,**<br><br> and<br><br>**MICROSOFT MOBILE INC.,**<br><br>   **Counterclaim Defendant.** | C.A. No. 15-1170-GMS<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Plaintiffs"), by and through their counsel, respectfully requests oral argument on Acer Inc. and Acer America Corporation's Motion to Stay the Case Pending *Inter Partes* Review (the "Motion," D.I. 114), now that all briefing on the Motion is complete.

| | |
|---|---|
| Dated: March 3, 2017 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver |
| Of Counsel: | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| Michael P. Sandonato | Benjamin A. Smyth (#5528) |
| John D. Carlin | Renaissance Centre |
| Jonathan M. Sharret | 405 N. King Street, 8th Floor |
| Daniel A. Apgar | Wilmington, Delaware 19801 |
| Christopher M. Gerson | (302) 984-6300 |
| Jaime F. Cardenas-Navia | mkelly@mccarter.com |
| Robert S. Pickens | dsilver@mccarter.com |
| FITZPATRICK, CELLA, HARPER & SCINTO | bsmyth@mccarter.com |
| 1290 Avenue of the Americas | *Attorneys for Plaintiffs* |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| msandonato@fchs.com, | |
| jcarlin@fchs.com, | |
| jsharret@fchs.com, | |
| dapgar@fchs.com | |
| cgerson@fchs.com | |
| jcardenas-navia.com | |
| rpickens@fchs.com | |

2

ME1 24330242v.1