**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**  Plaintiffs,  v.  **ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,**  Defendants. | Case No.: 15-1125-GMS  JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**  Intervenor-Plaintiff,  v.  **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**  Intervenor-Defendants. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**  Intervenor-Defendants/Counterclaim Plaintiffs in Intervention  v.  **MICROSOFT CORPORATION**  Intervenor-Plaintiff/Counterclaim Defendant in Intervention  **AND** | |

1

**MICROSOFT MOBILE INC.**

        **Counterclaim Defendant**

---

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

        **Plaintiffs,**

    v.

**VISUAL LAND, INC.**

        **Defendant.**

Case No.: 15-1127-GMS

JURY TRIAL DEMANDED

**MICROSOFT CORPORATION,**

        **Intervenor-Plaintiff,**

    v.

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

        **Intervenor-Defendants.**

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

        **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**

    v.

**MICROSOFT CORPORATION**

        **Intervenor-Plaintiff/Counterclaim**

| | |
|---|---|
| **Defendant in Intervention**<br><br>AND<br><br>**MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Plaintiffs,**<br><br>   v.<br><br>**DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.**<br><br>        **Defendants.** | Case No.: 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>        **Intervenor-Plaintiff,**<br><br>   v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |

ME1 24369209v.1

|  |  |
|---|---|
| v.<br><br>**MICROSOFT CORPORATION**<br><br>  **Intervenor-**<br>  **Plaintiff/Counterclaim**<br>  **Defendant in**<br>  **Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>  **Counterclaim Defendant** |  |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>  **Plaintiffs,**<br><br>v.<br><br>**YIFANG USA, INC. D/B/A E-FUN, INC.,**<br><br>  **Defendant.** | Case No.: 15-1131-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>  **Intervenor-Plaintiff,**<br><br>v.<br><br>**KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>  **Intervenor-Defendants.** |  |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,** |  |

4

|  |  |
|---|---|
| **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |
| v. | |
| **MICROSOFT CORPORATION** | |
| **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** | |
| AND | |
| **MICROSOFT MOBILE INC.** | |
| **Counterclaim Defendant** | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| Plaintiffs, | Case No.: 15-1170-GMS |
| v. | JURY TRIAL DEMANDED |
| **ACER INC., ACER AMERICA CORPORATION,** | |
| Defendants. | |
| **MICROSOFT CORPORATION,** | |
| Intervenor-Plaintiff, | |
| v. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |

|  |
|---|
| **Intervenor-Defendants.** |

|  |
|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** |
| **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** |
| v. |
| **MICROSOFT CORPORATION** |
| **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** |
| AND |
| **MICROSOFT MOBILE INC.** |
| **Counterclaim Defendant** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs' First Set of Interrogatories to the Microsoft Counterclaim Defendants** and **Plaintiffs' First Set of Requests for the Production of Documents and Things to the Microsoft Counterclaim Defendants** were caused to be served on March 9, 2017 on the following counsel in the manner indicated:

6

ME1 24369209v.1

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

7

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Asustek Computer Inc. and Asus Computer International*

Adam W. Poff
Anne Shea Gaza
Samantha G. Wilson
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant*
*Visual Land, Inc.*

Karen Jacobs
Mirco J. Haag
MORRIS, NICHOLS, ARCHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

8

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

*Attorney for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

John W. Shaw
Karen E. Keller
Andrew E. Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

Steven J. Balick
Andrew C. Mayo
500 Delaware Avenue, 8th Flr.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*sbalick@ashby-geddes.com*
*amayo@ashby-geddes.com*

Chad S. Campbell
Jared W. Crop
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

Michelle Cunningham
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
mcunningham@perkinscoie.com
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor*
*Microsoft Corporation and Microsoft Mobile Inc.*

| | |
|---|---|
| DATED:  March 9, 2017 | MCCARTER & ENGLISH, LLP |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | *bsmyth@mccarter.com* |
| | |
| | *Attorneys for Plaintiffs* |

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com,
jcarlin@fchs.com
jsharret@fchs.com
dapgar@fchs.com
rpickens@fchs.com