IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1125 (GMS) |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | ) ) ) | |
| Defendants. | ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Intervenor-Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) ) | |
| v. | ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) | |
| AND | ) ) | |
| MICROSOFT MOBILE OY, | ) ) | |
| Counterclaim Defendant in Intervention. | ) ) ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>HTC CORP. and<br>HTC AMERICA, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 15-1126 (GMS) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>SOUTHERN TELECOM, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 15-1128 (GMS) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 15-1131 (GMS) |
| MICROSOFT CORPORATION,<br><br>          Intervenor-Plaintiff,<br><br>     v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>          Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>       Intervenor-<br>       Defendants/Counterclaim Plaintiffs<br>       in Intervention,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br>       Intervenor-Plaintiff/Counterclaim<br>       Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE OY,<br><br>       Counterclaim Defendant in<br>       Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>       Plaintiffs,<br><br>     v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MICROSOFT CORPORATION,<br><br>       Intervenor-Plaintiff,<br><br>     v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>       Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 15-1170 (GMS)

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-<br>Defendants/Counterclaim Plaintiffs<br>in Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>Intervenor-Plaintiff/Counterclaim<br>Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE OY,<br><br>Counterclaim Defendant in<br>Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' JOINT MOTION TO TRANSFER

Defendants Acer Inc. and Acer America Corp. (C.A. No. 15-1170); Asustek Computer, Inc. and ASUS Computer International (C.A. No. 15-1125); HTC Corporation and HTC America, Inc. (C.A. No. 15-1126); Southern Telecom, Inc. (C.A. No. 15-1128); and YiFang USA, Inc. (C.A. No. 15-1131) present this joint motion under 28 U.S.C. § 1406(a), and in the alternative under 28 U.S.C. § 1404(a), to transfer these actions to courts in which the actions could have been brought.[1]  A copy of this joint motion will be filed in each action listed above.

The grounds for this motion are fully set forth in the Opening Brief in Support of Defendants' Joint Motion to Transfer ("Opening Brief"), filed contemporaneously with this

---

[1]     Intervenor Microsoft Corporation agrees that these cases should be transferred and is filing its own motion to address issues unique to it.  Defendants Visual Land, Inc. (C.A. No. 15-1127) and Double Power Technology, Inc., Shenzen Zowee Technology Co., Ltd., and Zowee Marketing Co., Ltd. (C.A. No. 15-1130) have challenged venue in separate motions currently pending before the Court.  *See* C.A. No. 15-1127-GMS, D.I. 153; C.A. No. 15-1130-GMS, D.I. 90.

Motion.  For the reasons set forth therein, the Defendants respectfully request that the Court

transfer the above actions to other, appropriate jurisdictions as recited in the Opening Brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          SHAW KELLER LLP

*/s/ Rodger D. Smith II*                      */s/ Karen E. Keller*
_____          _____
Rodger D. Smith II (#3778)                    John W. Shaw (#3362)
Eleanor G. Tennyson (#5812)                   Karen E. Keller (#4489)
1201 North Market Street                      Andrew E. Russell (#5382)
P.O. Box 1347                                 1105 N. Market St., 12th Floor
Wilmington, DE  19899                         Wilmington, DE  19801
(302) 658-9200                                (302) 298-0700
*rsmith@mnat.com*                             *jshaw@shawkeller.com*
*etennyson@mnat.com*                          *kkeller@shawkeller.com*
                                              *arussell@shawkeller.com*
Matt Warren
Patrick Shields                               Lucian C. Chen
Brian Wikner                                  Wing K. Chiu
Erika Mayo                                    LUCIAN C. CHEN, ESQ. PLLC
WARREN LEX LLP                                One Grand Central Place
2261 Market Street, No. 606                   40 East 42nd Street, Suite 4600
San Francisco, CA 94114                       New York, NY  10165
                                              (212) 710-3007
*Attorneys for Defendants Acer, Inc., Acer*
*America Corporation, ASUSTeK Coumputer*      *Attorneys for Defendant*
*Inc. and ASUS Computer International*        *Yifang USA, Inc. D/B/A E-Fun Inc.*

Michael J. Newton
Derek Neilson
Michael  Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

*Attorneys for Defendants ASUSTeK*
*Coumputer Inc. and ASUS Computer*
*International*

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

*Attorneys for Defendants Acer Inc. and Acer*
*America Corporation*

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Karen E. Keller* | */s/ Karen L. Pascale* |
| John W. Shaw (#3362) | Karen L. Pascale (#2903) |
| Karen E. Keller (#4489) | Robert M. Vrana (#5666) |
| Andrew E. Russell (#5382) | Rodney Square |
| 1105 N. Market St., 12th Floor | 1000 North King Street |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302) 298-0700 | (302) 571-6600 |
| *jshaw@shawkeller.com* | *kpascale@ycst.com* |
| *kkeller@shawkeller.com* | *rvrana@ycst.com* |
| *arussell@shawkeller.com* | |
| | P. Andrew Blatt |
| John Schnurer | WOOD HERRON & EVANS LLP |
| Kevin Patariu | 2700 Carew Tower |
| Ryan Hawkins | Cincinnati, OH  45202 |
| Louise Lu | (513) 241-2324 |
| Vinay Sathe | |
| PERKINS COIE LLP | *Attorneys for Defendant* |
| 11988 El Camino Real, Suite 350 | *Southern Telecom, Inc.* |
| San Diego, CA  92130 | |
| (858) 720-5700 | |

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
(206) 359-8000

*Attorneys for Defendants HTC Corp. and
HTC America, Inc.*

June 6, 2017

## D. DEL. LR 7.1.1 CERTIFICATION

The undersigned hereby certifies, pursuant to D. Del. LR 7.1.1, that counsel for Defendants conferred with counsel for Plaintiffs as to the contents of this motion.  Counsel for Plaintiffs stated that Plaintiffs are opposed to the relief requested.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
_____
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Attorneys for Defendants Acer, Inc., Acer
America Corporation, ASUSTeK Coumputer
Inc. and ASUS Computer International

Michael J. Newton
Derek Neilson
Michael  Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424

SHAW KELLER LLP

/s/ Karen E. Keller
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
1105 N. Market St., 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY  10165
(212) 710-3007

Attorneys for Defendant
Yifang USA, Inc. D/B/A E-Fun Inc.

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

*Attorneys for Defendants ASUSTeK
Coumputer Inc. and ASUS Computer
International*

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

*Attorneys for Defendants Acer Inc. and Acer
America Corporation*

| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Karen E. Keller* | */s/ Karen L. Pascale* |
| John W. Shaw (#3362) | Karen L. Pascale (#2903) |
| Karen E. Keller (#4489) | Robert M. Vrana (#5666) |
| Andrew E. Russell (#5382) | Rodney Square |
| 1105 N. Market St., 12th Floor | 1000 North King Street |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302) 298-0700 | (302) 571-6600 |
| *jshaw@shawkeller.com* | *kpascale@ycst.com* |
| *kkeller@shawkeller.com* | *rvrana@ycst.com* |
| *arussell@shawkeller.com* | P. Andrew Blatt |
| | WOOD HERRON & EVANS LLP |
| John Schnurer | 2700 Carew Tower |
| Kevin Patariu | Cincinnati, OH  45202 |
| Ryan Hawkins | (513) 241-2324 |
| Louise Lu | |
| Vinay Sathe | *Attorneys for Defendant* |
| PERKINS COIE LLP | *Southern Telecom, Inc.* |

11988 El Camino Real, Suite 350
San Diego, CA  92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
(206) 359-8000

*Attorneys for Defendants HTC Corp. And*
*HTC America, Inc.*

June 6, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br>v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-<br>Defendants/Counterclaim Plaintiffs<br>in Intervention,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff/Counterclaim<br>Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE OY,<br><br>Counterclaim Defendant in<br>Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 15-1125 (GMS)

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HTC CORP. and<br>HTC AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1126 (GMS) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN TELECOM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1128 (GMS) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1131 (GMS) |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>       Intervenor-<br>       Defendants/Counterclaim Plaintiffs<br>       in Intervention,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br>       Intervenor-Plaintiff/Counterclaim<br>       Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE OY,<br><br>       Counterclaim Defendant in<br>       Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 15-1170 (GMS) |
| MICROSOFT CORPORATION,<br><br>       Intervenor-Plaintiff,<br><br>    v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>       Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

KONINKLIJKE PHILIPS N.V. and )
U.S. PHILIPS CORPORATION, )
                                                   )
                  Intervenor-             )
                  Defendants/Counterclaim Plaintiffs )
                  in Intervention,        )
                                                   )
        v.                                  )
                                                   )
MICROSOFT CORPORATION,        )
                  Intervenor-Plaintiff/Counterclaim )
                  Defendant in Intervention, )
                                                   )
AND                                      )
                                                   )
MICROSOFT MOBILE OY,           )
                                                   )
                  Counterclaim Defendant in )
                  Intervention.           )

## [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO TRANSFER UNDER 28 U.S.C. § 1406(a)

Having considered Defendants' Joint Motion to Transfer Under 28 U.S.C. § 1406(a) and, in the alternative, 28 U.S.C. § 1404(a), IT IS HEREBY ORDERED this _____ day of _____, 2017, that the Motion is GRANTED, and that the cases are TRANSFERRED as follows:

| C.A. No. 15-1125 | Northern District of California |
| C.A. No. 15-1131 | Northern District of California |
| C.A. No. 15-1170 | Northern District of California |
| C.A. No. 15-1126 | Western District of Washington |
| C.A. No. 15-1128 | Eastern District of New York |

_____
The Honorable Gregory M. Sleet

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 6, 2017, upon the following in the manner indicated:

Michael P. Kelly, Esquire                                                     *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Koninklijke Philips N.V. and U.S.*
*Philips Corporation*

Michael P. Sandonato, Esquire                                            *VIA ELECTRONIC MAIL*
John D. Carlin, Esquire
Daniel A. Apgar, Esquire
Jonathan M. Sharret, Esquire
Robert S. Pickens, Esquire
Jaime F. Cardenas-Navia, Esquire
Christopher M. Gerson, Esquire
Joyce L. Nadipuram, Esquire
Giancarlo Scaccia, Esquire
Natalie Lieber, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
*Attorneys for Koninklijke Philips N.V. and U.S.*
*Philips Corporation*

Steven J. Balick, Esquire                                                      *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

1

Chad S. Campbell, Esquire                                    *VIA ELECTRONIC MAIL*
Jared W. Crop, Esquire
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Judith Jennison, Esquire                                     *VIA ELECTRONIC MAIL*
Christina McCullough, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Michelle Berger, Esquire                                     *VIA ELECTRONIC MAIL*
PERKINS COIE LLP
11988 El Camino Real Suite 350
San Diego, CA  92130-2594
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*


                                    */s/ Rodger D. Smith II*

                                    _____
                                    Rodger D. Smith II (#3778)