IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

v.

ASUSTeK COMPUTER INC. and
ASUS COMPUTER INTERNATIONAL,

Defendants,

and

MICROSOFT CORPORATION,

Intervenor-Plaintiff/Counterclaim Defendant in Intervention,

and

MICROSOFT MOBILE INC.,

Counterclaim Defendant in Intervention.

C.A. No. 15-1125 (GMS)

---

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

HTC CORP. and HTC AMERICA,

Defendants.

C.A. No. 15-1126 (GMS)

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

v.

VISUAL LAND, INC.,

Defendant,

and

MICROSOFT CORPORATION,

Intervenor-Plaintiff/Counterclaim Defendant in Intervention,

and

MICROSOFT MOBILE INC.,

Counterclaim Defendant in Intervention.

C.A. No. 15-1127 (GMS)

---

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

SOUTHERN TELECOM, INC.,

Defendant.

C.A. No. 15-1128 (GMS)

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

v.

DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD.,

Defendants,

and

MICROSOFT CORPORATION,

Intervenor-Plaintiff/ Counterclaim Defendant in Intervention,

and

MICROSOFT MOBILE INC.,

Counterclaim Defendant in Intervention.

C.A. No. 15-1130 (GMS)

---

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

Defendants,

C.A. No. 15-1131 (GMS)

and

MICROSOFT CORPORATION,

Intervenor-Plaintiff/ Counterclaim Defendant in Intervention,

and

MICROSOFT MOBILE INC.,

Counterclaim Defendant in Intervention.

KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,

Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

v.

ACER INC. and ACER AMERICA CORPORATION,

Defendants,

and

MICROSOFT CORPORATION,

Intervenor-Plaintiff/ Counterclaim Defendant in Intervention,

and

MICROSOFT MOBILE INC.,

Counterclaim Defendant in Intervention.

C.A. No. 15-1170 (GMS)

**[PROPOSED] ORDER AMENDING RULE 16 SCHEDULING ORDER**

WHEREAS, the Court held in-person discovery conferences in these matters on June 8 and June 20, 2017; and

WHEREAS, for the reasons discussed during those discovery conferences, the Court has decided to adjust and supplement certain dates set forth in the Joint Rule 16 Scheduling Order entered in these matters (*see, e.g.,* C.A. No. 15-1125, D.I. 45) as set forth below;

IT IS HEREBY ORDERED, for the reasons discussed during the June 20, 2017 discovery conference, that the dates set forth in the Joint Rule 16 Scheduling Order entered in these matters shall be amended and supplemented as follows:

| **Event** | **Original Date** | **Proposed Date** |
|---|---|---|
| Plaintiffs Supplement Their Responses to Defendants' Common Interrogatory Nos. 8-9. | n/a | June 30, 2017 |
| Defendants (except YiFang[1]) Complete Production of Source Code in their Possession, Custody or Control | n/a | June 30, 2017 |
| Defendants (except Visual Land[2]) Each Supplement Their Responses to Plaintiffs' Interrogatory Nos. 1, 2, and 5, Including Production of All Underlying Documents | n/a | June 30, 2017 |
| Supplemental Invalidity Contentions for Obviousness | n/a | July 21, 2017 |
| Parties Exchange Privilege Logs | June 29, 2017 | August 4, 2017 |
| Reliance on Advice of Counsel; Defendants to Disclose Intent and Produce Documents and Opinions for Reliance Upon Advice of Counsel | August 4, 2017 | August 4, 2017 |
| Supplemental Infringement Contentions | n/a | September 29, 2017 |
| Supplemental Invalidity Contentions | n/a | November 3, 2017 |

1 Philips and YiFang have not yet reached agreement concerning the deadline for YiFang to produce source code in its possession, custody, or control. The parties are continuing to meet and confer and will jointly submit to the Court, by June 30, 2017, a proposed order amending the Rule 16 scheduling order with respect to YiFang that includes a deadline for this event.

2 Philips and Visual Land have not yet reached agreement concerning the deadline for Visual Land to supplement its responses to these interrogatories and other discovery. The parties are continuing to meet and confer and will submit to the Court, by July 7, 2017, a status report regarding a discovery plan for Visual Land to catch up on its existing discovery obligations.

| Event | Original Date | Proposed Date |
|---|---|---|
| Supplemental Non-Infringement Contentions[3] | n/a | November 3, 2017 |
| Supplemental Validity Contentions (Defendants' Common Interrogatory Nos. 3-7) | n/a | December 8, 2017 |
| Final Infringement Contentions | July 21, 2017 | December 8, 2017 |
| Final Invalidity Contentions | August 25, 2017 | January 12, 2018 |
| Final Non-Infringement Contentions | n/a | January 12, 2018 |
| Final Validity Contentions | n/a | February 9, 2018 |
| Close of Fact Discovery | September 25, 2017 | February 16, 2018 |
| Opening Expert Reports | October 20, 2017 | March 16, 2018 |
| Rebuttal Expert Reports | November 30, 2017 | April 27, 2018 |
| Close of Expert Discovery | January 26, 2018 | June 22, 2018 |
| Opening Summary Judgment Letter Briefs Seeking Permission to File Summary Judgment Motions | February 2, 2018 | June 29, 2018 |
| Answering Letter Briefs Seeking Permission to File Summary Judgment Motions | February 16, 2018 | July 13, 2018 |
| Reply Letter Briefs Seeking Permission to File Summary Judgment Motions | February 23, 2018 | July 20, 2018 |
| Summary Judgment – Opening Briefs (If Allowed by the Court) | 14 Days After Order | 14 Days After Order |
| Summary Judgment – Answering Briefs | By Local Rule | By Local Rule |
| Summary Judgment – Reply Briefs | By Local Rule | By Local Rule |
| Trial Planning Conference | April 10, 2018 | September 7, 2018 |
| First Pretrial Order | May 11, 2018 | October __, 2018 |
| First Pretrial Conference | June 4, 2018 | November __, 2018 |
| First Trial | June 18, 2018 | November __, 2018 |

All other provisions of the Joint Rule 16 Scheduling Order shall remain in full force and effect.

______________________________
UNITED STATES DISTRICT JUDGE

[3] As to all Defendants: Philips' Interrogatory Nos. 4 and 6. In addition, as to Acer, ASUS, HTC, YiFang, and Visual Land, Interrogatory Nos. 7-8; as to Microsoft, Interrogatory No. 7; as to Southern Telecom, Interrogatory No. 7; and as to Double Power, Interrogatory Nos. 10-11.