IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs,<br> v.<br><br>ASUSTeK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION,<br><br>   Intervenor-Plaintiff,<br> v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>   Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>   Intervenor-<br>   Defendants/Counterclaim<br>   Plaintiffs in Intervention<br> v.<br><br>MICROSOFT CORPORATION,<br><br>   Intervenor-<br>   Plaintiff/Counterclaim<br>   Defendant in<br>   Intervention<br><br>AND<br><br>MICROSOFT Mobile Inc.<br><br>   Counterclaim Defendant<br>   Intervention | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>HTC CORP. and<br>HTC AMERICA, INC.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>  Plaintiffs,<br>  v.<br><br>VISUAL LAND INC.,<br><br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1127-GMS |
| MICROSOFT CORPORATION,<br><br>  Intervenor-Plaintiff,<br>  v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>  Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>  Intervenor-<br>  Defendants/Counterclaim<br>  Plaintiffs in Intervention<br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Intervenor-<br>  Plaintiff/Counterclaim<br>  Defendant in | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

|  |  |  |
|---|---|---|
| Intervention | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| MICROSOFT Mobile Inc. | ) | |
| | ) | |
|     Counterclaim Defendant | ) | |
|     Intervention | ) | |
| | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1128-GMS |
| | ) | |
| SOUTHERN TELECOM INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| KONINKLIJKE PHILIPS N.V. and | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | C.A. No. 15-1130-GMS |
| | ) | |
| DOUBLE POWER TECHNOLOGY INC., | ) | |
| ZOWEE MARKETING CO., LTD., | ) | |
| SHENZEN ZOWEE TECHNOLOGY CO., | ) | |
| LTD., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
|     Intervenor-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KONINKLIJKE PHILIPS N.V., | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Intervenor-Defendants. | ) | |
| | ) | |
| KONINKLIJKE PHILIPS N.V., | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
|     Intervenor- | ) | |

|  |  |
|---|---|
| Defendants/Counterclaim Plaintiffs in Intervention )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff/Counterclaim Defendant in Intervention )<br>)<br>)<br>)<br>)<br>AND )<br>)<br>MICROSOFT Mobile Inc. )<br>)<br>Counterclaim Defendant Intervention )<br>)<br>)  |   |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>YIFANG USA, INC., d/b/a E-FUN, INC., )<br>)<br>)<br>Defendant. )<br>) | C.A. No. 15-1131-GMS |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACER INC. and ACER AMERICA CORPORATION, )<br>)<br>)<br>Defendants. )<br>) | C.A. No. 15-1170-GMS |

**ORDER**

At Wilmington, this 19th day of July, 2017, consistent with the Memorandum issued this same date, IT IS HEREBY ORDERED THAT:

1. Defendants' Joint Motion for Transfer (C.A. No. 15-1125-GMS, D.I. 166; C.A. 15-1126-GMS, 129; C.A. 15-1128-GMS, D.I. 129; C.A. No. 15-1131, D.I. 150; C.A. No. 15-1170-GMS, D.I. 194) is **DENIED**; and

2. Microsoft's Motion to Transfer (C.A. No. 15-1125-GMS, D.I. 173; C.A. No. 15-1127-GMS, D.I. 163; C.A. No. 15-1130-GMS, D.I. 170; C.A. No. 15-1131-GMS, D.I. 157; C.A. No. 15-1170-GMS, D.I. 201) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE