IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs/Intervenor-<br>      Defendants/Counterclaim<br>      Plaintiffs in Intervention,<br><br>    v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>      Defendants,<br><br>  and<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff/<br>      Counterclaim Defendant in<br>      Intervention,<br><br>  and<br><br>MICROSOFT MOBILE INC.,<br><br>      Counterclaim Defendant in<br>      Intervention. | C.A. No. 15-1170 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Second Supplemental Objections and Responses to Philips' Interrogatories to Acer Defendants (No. 9)*; and (2) *Acer's Fourth Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories to Acer (Nos. 1 and 2)*, were caused to be served on September 29, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>Joyce L. Nadipuram, Esquire<br>Giancarlo Scaccia, Esquire<br>Natalie Lieber, Esquire<br>Sean M. McCarthy, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Chad S. Campbell, Esquire<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |

Judith Jennison, Esquire
Christina McCullough, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.*

*VIA ELECTRONIC MAIL*

Michelle Berger, Esquire
PERKINS COIE LLP
11988 El Camino Real Suite 350
San Diego, CA 92130-2594
*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

OF COUNSEL:

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200

3

Bruce R. Genderson
Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Sanjiv P. Laud
Christopher S. Geyer
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

September 29, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 29, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>Joyce L. Nadipuram, Esquire<br>Giancarlo Scaccia, Esquire<br>Natalie Lieber, Esquire<br>Sean M. McCarthy, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Chad S. Campbell, Esquire<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Judith Jennison, Esquire<br>Christina McCullough, Esquire<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Michelle Berger, Esquire<br>PERKINS COIE LLP<br>11988 El Camino Real Suite 350<br>San Diego, CA  92130-2594<br>*Attorneys for Microsoft Corporation and*<br>*Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |

          */s/ Rodger D. Smith II*

          Rodger D. Smith II (#3778)