**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,**<br><br>    **Defendants.** | Case No.: 15-1125-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>    **Intervenor-Plaintiff,**<br><br>  v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>  v.<br><br>**MICROSOFT CORPORATION**<br><br>    **Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND** | |

| | |
|---|---|
| **MICROSOFT MOBILE INC.**<br><br>      **Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Plaintiffs,**<br><br>   **v.**<br><br>**VISUAL LAND, INC.**<br><br>      **Defendant.** | Case No.: 15-1127-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>      **Intervenor-Plaintiff,**<br><br>   **v.**<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>   **v.**<br><br>**MICROSOFT CORPORATION**<br><br>      **Intervenor-** | |

| | |
|---|---|
| **Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.**<br><br>　　　　**Defendants.** | Case No.: 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>　　　　**Intervenor-Plaintiff,**<br><br>　　v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>　　　　**Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>　　　　**Intervenor-** | |

ME1 26328690v.1

|  |  |
|---|---|
| **Defendants/Counterclaim Plaintiffs in Intervention** <br><br> v. <br><br> **MICROSOFT CORPORATION** <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention <br><br> **AND** <br><br> **MICROSOFT MOBILE INC.** <br><br> Counterclaim Defendant in Intervention |  |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> Plaintiffs, <br><br> v. <br><br> **YIFANG USA, INC. D/B/A E-FUN, INC.,** <br><br> Defendant. <br><br> **MICROSOFT CORPORATION,** <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> Intervenor-Defendants. | Case No.: 15-1131-GMS <br><br> JURY TRIAL DEMANDED |

ME1 26328690v.1

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>    **Intervenor-**<br>    **Defendants/Counterclaim**<br>    **Plaintiffs in Intervention**<br><br>  **v.**<br><br>**MICROSOFT CORPORATION**<br><br>    **Intervenor-**<br>    **Plaintiff/Counterclaim**<br>    **Defendant in**<br>    **Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>    **Counterclaim Defendant**<br>    **in Intervention** | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>    **Plaintiffs,**<br><br>  **v.**<br><br>**ACER INC.,**<br>**ACER AMERICA CORPORATION,**<br><br>    **Defendants.** | Case No.: 15-1170-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>    **Intervenor-Plaintiff,** | |

|  |  |
|---|---|
| v. <br><br> **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> Intervenor-Defendants. |  |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention <br><br> v. <br><br> **MICROSOFT CORPORATION** <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention <br><br> **AND** <br><br> **MICROSOFT MOBILE INC.** <br><br> Counterclaim Defendant in Intervention |  |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips" or "Plaintiffs"), by and through their undersigned counsel, will take the depositions upon oral examination of the following individuals in accordance with the dates,

times, and locations indicated below, or as otherwise mutually agreed upon by counsel for the parties, pursuant to Federal Rules of Civil Procedure 30(b)(1) and 30(b)(6):[1]

| **Deponent** | **Date** | **Location** |
|---|---|---|
| Nick Drouin | January 5, 2018 | Perkins Coie LLP<br>10885 NE 4th St # 700<br>Bellevue, WA 98004 |
| Jan Karachale | January 9, 2018 | Perkins Coie LLP<br>1201 3rd Ave #4900<br>Seattle, WA 98101 |
| Beau Crawford | January 10, 2018 | Perkins Coie LLP<br>10885 NE 4th St # 700<br>Bellevue, WA 98004 |
| Dan Conti | January 17, 2018 | Perkins Coie LLP<br>10885 NE 4th St # 700<br>Bellevue, WA 98004 |
| Paul Reid | January 18, 2018 | Perkins Coie LLP<br>1201 3rd Ave #4900<br>Seattle, WA 98101 |
| Xiao Tu | January 23, 2018 | Perkins Coie LLP<br>1201 3rd Ave #4900<br>Seattle, WA 98101 |
| Sha Viswanathan | January 24, 2018 | Perkins Coie LLP<br>1201 3rd Ave #4900<br>Seattle, WA 98101 |
| Andrew Jenks | January 26, 2018 | Perkins Coie LLP<br>1201 3rd Ave #4900<br>Seattle, WA 98101 |

The depositions will be recorded by stenographic means, audiotape, and/or videotape, and will continue from day-to-day until completed. You are invited to attend and cross examine.

---

[1] Each of the below listed deponents has been designated by Microsoft to testify as a corporate designee for one or more topics set forth in Philips' Rule 30(b)(6) amended deposition notice.

| | |
|---|---|
| Dated: December 21, 2017 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| Michael P. Sandonato | Daniel M. Silver (#4758) |
| John D. Carlin | Benjamin A. Smyth (#5528) |
| Christopher M. Gerson | Renaissance Centre |
| Jonathan M. Sharret | 405 N. King Street, 8th Floor |
| Daniel A. Apgar | Wilmington, Delaware 19801 |
| Robert S. Pickens | (302) 984-6300 |
| Sean M. McCarthy | mkelly@mccarter.com |
| Jaime F. Cardenas-Navia | dsilver@mccarter.com |
| Joyce L. Nadipuram | bsmyth@mccarter.com |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | *Attorneys for Plaintiffs* |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| msandonato@fchs.com | |
| jcarlin@fchs.com | |
| cgerson@fchs.com | |
| jsharret@fchs.com | |
| dapgar@fchs.com | |
| rpickens@fchs.com | |
| smccarthy@fchs.com | |
| jcardenas-navia@fchs.com | |
| jnadipuram@fchs.com | |

ME1 26328690v.1