IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/ Counterclaim Defendant in Intervention, <br><br> and <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in Intervention. | C.A. No. 15-1170 (GMS) |

**[PROPOSED] ORDER GRANTING DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION'S MOTION FOR THE COURT TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM QUÉBEC, CANADA**

Upon consideration of the Unopposed Motion for the Court to Issue a Letter of Request for International Judicial Assistance filed by Defendants Acer and Acer America Corp. (collectively, "Acer"), it is hereby

ORDERED that the Motion for the Court to Issue a Letter of Request for International Judicial Assistance is GRANTED.

FURTHER ORDERED that the Court shall issue and sign two copies of the Letter of Request, bearing the Court's seal, which shall be returned to Acer's counsel, who shall send the Letter of Request to the proper international authorities.

IT IS SO ORDERED this 5th day of Jan, 2018

_____
UNITED STATES DISTRICT JUDGE