## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, ))))) | |
| Plaintiffs, ) | C.A. No. 15-1170-GMS |
| v. ) | JURY TRIAL DEMANDED |
| ACER INC., ACER AMERICA CORPORATION, ))) | |
| Defendants. ) | |
| MICROSOFT CORPORATION, ) | |
| Intervenor-Plaintiff, ) | |
| v. ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, )) | |
| Intervenor-Defendants. ) | |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' OBJECTIONS AND RESPONSES TO ACER'S SECOND REQUEST FOR PRODUCTION TO PLAINTIFF (NOS. 2-96)** were caused to be served on March 5, 2018 upon the following counsel in the manner indicated:

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Warren
Amy Bailey
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TechKnowledge Law Group LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200

Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Christopher S. Geyer
Bruce R. Genderson
Kyle E. Thomason
Joelle P. Justus
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

| | |
|---|---|
| Dated: March 5, 2018 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| Michael P. Sandonato | Renaissance Centre |
| John D. Carlin | 405 N. King Street, 8th Floor |
| Christopher M. Gerson | Wilmington, Delaware 19801 |
| Jonathan M. Sharret | (302) 984-6300 |
| Daniel A. Apgar | mkelly@mccarter.com |
| Robert S. Pickens | dsilver@mccarter.com |
| Sean M. McCarthy | bsmyth@mccarter.com |
| Jaime F. Cardenas-Navia | |
| Joyce L. Nadipuram | *Attorneys for Plaintiffs* |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| msandonato@fchs.com | |
| jcarlin@fchs.com | |
| cgerson@fchs.com | |
| jsharret@fchs.com | |
| dapgar@fchs.com | |
| rpickens@fchs.com | |
| smccarthy@fchs.com | |
| jcardenas-navia@fchs.com | |
| jnadipuram@fchs.com | |